May 2, 2005        10:57 am
CASE NO.    04-1513-GMS

To whom it may Concern;

Due to the lost of my 285-
Form, Which was filled out on
1/12/05 in the District Court of
Delaware. I would like to make
an emotion to reopen the case
against MBNA America Corp.
1100 King St. Wilmington, De. 19801.

Sincerely Yours,
Janet Leigh Franklin
827 Salina Cir.
Bear, De. 19701
302-832-2656

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAY -2 AM 10: 58