# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF DELAWARE
## OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 King Street
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

May 13, 2005

TO:   Janet Leigh Franklin
      827 Sabina Circle
      Bear, DE 19701

   RE:   U.S. Marshal 285 Forms
         *Civil Action # 04-1513 GMS*

   Dear Ms. Franklin:

   Please be advised that this office has received all required U.S. Marshal 285
   Forms in the above referenced case. Your case has been reopened.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to
   the U.S. Marshal for service in accordance with the Court's orders. Nothing
   contained in this letter is intended to express an opinion as to the merits of any
   claims which you may be alleging.

                                                            Sincerely,

/asw                                                        PETER T. DALLEO
                                                            CLERK

cc:   The Honorable Gregory M. Sleet; CA 04-1513 GMS
      U.S. Marshal
      CAF