| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>JANET LEIGH FRANKLIN | COURT CASE NUMBER<br>04-1513-GMS |
|---|---|
| DEFENDANT<br>MBNA AMERICA Corp. | TYPE OF PROCESS Disability + Termination Disc. |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MBNA America Corp.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 1100 N. King St. Wilmington, De. 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JANET LEIGH FRANKLIN
827 Sabina C.R.
Bear, De. 19701

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Noted: Filled out 285-Form 1/12/05, got lost in office.
MBNA America Corp.
1100 N. King St
Wilmington, De. 19801
(302-453-9930) operator

Signature of Attorney or other Originator requesting service on behalf of: X PLAINTIFF  ☐ DEFENDANT
Janet L. Franklin
TELEPHONE NUMBER: 302-832-2656
DATE: 5/2/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 15
District of Origin No.: 15
District to Serve No.: 15
Signature of Authorized USMS Deputy or Clerk: bF
Date: 5-16-05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Andrea Stevenson, Sr Legal Asst.

Address (complete only if different than shown above):

Date of Service: 5/17/05
Time: 245 pm
Signature of U.S. Marshal or Deputy: bMahny

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|