IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
JUN 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET LEIGH FRANKLIN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1513 GMS |
| | ) | |
| MBNA CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, on December 13, 2004, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on May 17, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on June 6, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: June 21, 2005

_____
UNITED STATES DISTRICT JUDGE