ORiginal

Case # 04-1513-GMS

July 5, 2005

United States District Court
For the District of Delaware
Office of the Clerk

To: Honorable Gregory M. Sleet

Dear Judge;
 Due to a financial hardship I would like a motion to have a court appointed counsel. I'm sorry it took this long but, I didn't even realize I had that option until I was going through my papers.

Sincerely Yours,
Janet L. Franklin

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUL -8 AM 10: 17



Janet L. Franklin
827 Sabina Cir.
Bear, DE 19701-2517

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL -8  AM 10: 17

Judge Gregory M. Sleet
United States District Court
844 N. King Street; Lockbox 19
Wilmington, DE. 19801-3570


