ORiginal

June 21, 2005.

FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
Clerk of the Court
Case No. 04-1513 GMS

Re: The Honorable Judge Gregory M. Sleet

Dear Judge Sleet;

I'm writing this letter in hopes that I can get my case moved up as soon as possible. I receive Social Security Disability and MBNA's long term disability. I received a letter from MBNA stating that the end of July they will be terminating my funds. This will cause me a financial hardship. I don't know the outcome of my case. I'm still under Doctors' care. My psychiatrist Dr. Desai sees me on a monthly basis. My therapist Sharon Fisher I see every 1 or 2 times or more a month, when funds are available. I'm also on 6 different medications. When MBNA stops my disability I can't live on Social Security Disability alone. Anything you can do would be greatly appreciated.

Sincerely Yours,
Janet L. Franklin



U.S.M.S.
X-RAY



Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, De. 19801-3570



Janet L. Franklin
827 Sabina Cir.
Bear, DE 19701-2517