July 17, 2005

To: Office of the Clerk
   United States District Court
   844 N. King Street, Lockbox 18
   Wilmington, DE. 19801-3570

Case # 04-1513-GMS

*Dear Sir;*

*   I, Janet L. Franklin am requesting a Motion to seal all personal information in my file.*

*   I'm still in therapy with my therapist and my psychiatrist. Trying to heal from what has happened to me. If the information were made to the pubic, it would throw me back into an emotional turmoil after 2 1/2 years of struggling to put my life back together.*



FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely Yours,
Janet L. Franklin
Janet L. Franklin





JANET L. FRANKLIN
827 SABINA CIR.
BEAR, DE. 19701

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570