# ALLIED BEHAVIORAL HEALTH

Thomas A. Bisio, Ph.D.
Linnea J. Goddess, L.C.S.W.
Philip Langsdorf, Ph.D.

04cv1513

1400 Peoples Plaza, Suite 204
Newark, Delaware 19702
Telephone: (302) 832-1282
Fax: (302) 832-7313

July 6, 2005

To Whom It May Concern:

  I have been providing mental health counseling for Janet Franklin from 1/3/03 to 7/5/05.

  On 5/8/03 at the client's request and with her permission I contacted by telephone Peggy Humphrey, who at this time was a nurse at MBNA Bank in the Human Resources Department to discuss the client's attendance and progress in therapy. At this time, Ms. Humphrey informed me that the client was going to be terminated from her job with no pay and would be referred to the job placement department to search for other work options at MBNA.

                 Sincerely,

                 *Sharon Fisher, MSS, LCSW*

                 Sharon Fisher, MSS, LCSW