August 12, 2005

United States District Court
Clerk of the Court
Case No. 04-1513GMS

Re: The Honorable Judge Gregory M. Sleet;

DEAR HONORABLE SLEET;

On July 21, 2005 I went to see my psychiatrist. I requested a letter to be sent to the court stating I was total disabled. My psychiatrist said he couldn't give it to me, just permission that I agree to release my folder to the court, which I do. Dr. Desai said if the court wanted it that all they would have to do is call or write a letter stating the request.

DR. P. C. DESAI
240 CHAPMAN RD.
CHOPIN BLDG. 104
NEWARK, DE. 19702
PHONE (302)-738-7040
FAX: (302)-738-7042

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

*Janet L. Franklin*
Signature





JANET L. FRANKLIN
827 SABINA CIR
BEAR, DE. 19701

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570