Aug. 21, 2005

To: Office of the Clerk
   United States District Court
   844 N. King Street, Lockbox 18
   Wilmington, DE. 19801-3570

Case # 04-1513-GMS

Dear Honorable Judge Sleet;

   This process is all new to me. I don't know what the next step is. I was wondering when do I need to send in my list of witnesses. Will I receive any notice when it's time to send it in?

FILED
AUG 2 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely Yours,
Janet L. Franklin
Janet L. Franklin



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

T L. FRANKLIN
ABINA CIR.
, DE. 19701