ORiginal

AO 187 (Delaware Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

Janet Leigh Franklin v. MBNA

FILED

AUG 26 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1513GMS

| PRESIDING JUDGE Gregory M. Sleet | PLAINTIFF'S ATTORNEY unknown | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/23/05 | | | Renee Cofee-Williams  X 74493 CCII Human Resources  1st Floor (individual said send all correspondence There) wouldn't give home address. |
| 2 | | 8/23/05 | | | Dorthea Hessey 48 Hessey Lane Chesapeake City, Md. 21915 1-410-885-5192 (Before 3pm or Monday or Tuesday) |
| 3 | | 8/23/05 | | | Margaret Humphrey 21 Renee Lane Chestnut Valley (phone unlisted) |
| 4 | | 8/23/05 | | | William Jester 433C Country Dr. Dover, De. 19901 1-302-674-9098 |
| 5 | | 8/23/05 | | | Judy Currinder 128 Garwood Dr. Bear, De. 19701 302-836-1668 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Delaware Rev. 7/00)      **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | | | VS. | | CASE NO. |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6 | | 8/23/05 | | | Debbie Richards<br>12 Walden Ct. (1-410-287-9009)<br>NorthEast, Md. 21921 |
| 7 | | 8/23/05 | | | Tina Marie Cordill<br>219 Brewster Bridge Rd.<br>Elkton, Md. 21901<br>(1-410-398-1402) |

Page _____ of _____ Pages





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

19801+3570 12

JANET L. FRANKLIN
827 SABINA CIR.
BEAR, DE. 19701