## JANET L. FRANKLIN

827 SABINA CIR.  
BEAR, DE. 19701  
302-832-2656

October 4, 2005

OFFICE OF THE CLERK  
UNITED STATES DISTRICT COURT  
DISTRICT OF DELAWARE

TO: PETER T. DALLEO  
CLERK OF COURT

    I, JANET L. FRANKLIN WOULD LIKE TO FILE A MOTION TO SEAL MY RECORDS FROM THE PUBLIC. PRUDENTIAL IS A INSURANCE/ MEDICAL FACILITY WITH VERY IMPORTANT MEDICAL INFORMATION ABOUT ME. PRUDENTIAL HAS INFORMATION ABOUT MY NERVOUS BREAKDOWNS AND ME BEING IN AN INSTITUTION IN 2003 AND ALSO REPORTS FROM MY THERAPIST AND PSYCHIATRIST. I HOPE THIS SATISFIES THE COURTS' DECISION.

SINCERELY YOURS,

JANET L. FRANKLIN

FILED  
OCT - 7 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE





JANET L. FRANKLIN
827 SEDONA CIR.
BEAR, DE. 19701-2517

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DE. 19801-3570