AO 187 (Delaware Rev. 7/00) Exhibit and Witness List _____ ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Janet L. Franklin

v.

MBNA America

**EXHIBIT AND WITNESS LIST**

FILED OCT 28 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Case Number: 04-1513-GMS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gregory M. Sleet | unknown | ABMART |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ⑧ | | | | | P.C. Desai, M.D.  258 Chapman Rd, Chopin Bldg. #104, Newark, De. 19702  (302)-738-7040 |
| ⑨ | | | | | Sharon Fisher M.S.S. L.C.S.W. 1400 Peoples Plaza, Suite 204, Newark, De. 19702  (302)-832-1282 option #6 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages



JANET L. FRANKLIN
827 SABINA CIR.
BEAR, DE. 19701-2517

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DE. 19801-3570