Court Original

Court Original

9/30/05 Called Prudential said it was up to MBNA for the extension of disability. Called Lisa Link @ MBNA. Lisa said I was terminated 9/13/05. I was forcefully retired Aug. 21, 2003. Didn't know it until I called. The lady I spoke with told me I was retired, that's when I told her not to my knowledge. They sent me my 401(k) check without me signing any paperwork. The lady said anything under $5,000.00 they can do that.

11/23/05 - Talked to Barbara Combs - Barb said Judy Currinder my manager, was going around telling everyone I was fired.



RECEIVED NOV 30 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Court Original

AO 187 (Delaware Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Janet Leigh Franklin
v.
MBNA America

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1513GMS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gregory M. Sleet | unknown | unknown |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| unknown | unknown | unknown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 10 | | 11/28 | | | Barbara Combs<br>14 Auckland Dr.<br>Newark, De. 19702 |
| | | | | | (Judy Currinder - My manager told everyone that I was fired.) Because I didn't fit in. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages



JANET L. FRANKLIN
827 SABINA CIR.
BEAR, DE. 19701-2517

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DE. 19801-3570