04-CV-1513-GMS

Jan. 4, 2006

Office of the Clerk
United States District Court
844 N. King St.
Wilmington, De. 19801-3570

To Whom it May Concern;

I am writing to inform you of a change of address. I am selling my home, my temporary address is P.O. Box 580 Bear, De. 19701. My phone number right now is still the same.

Sincerely Yours,
Janet L. Franklin



RECEIVED
JAN 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE