IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1513 (GMS) |
| ) | |
| MBNA CORP., ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**

At Wilmington this 21st day of March, 2006, pursuant to Fed.R.Civ.P. 16 and D.Del.L.R. 16.2;

IT IS ORDERED that:

1. **Discovery**. All discovery shall be initiated so that it will be completed on or before **June 27, 2006.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk by electronic means or hand delivery.

3. The parties shall not send or deliver <u>any</u> correspondence to Chambers. All correspondence and pleadings **must** be filed directly with the Clerk of the Court by electronic means or hand delivery. It shall be the responsibility of the parties to inform the court of any change of address.

4. **Summary Judgment Motions**. All summary judgment motions, with accompanying briefs and affidavits, if any, shall be served and filed on or before **July 27, 2006**. Answering brief shall be filed on or before **August 28, 2006.** Reply briefs are due on or before **September 11, 2006.**

5. **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to chambers at (302) 573-6470.

6. Any request for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.

Dated: March 21, 2006

_____
UNITED STATES DISTRICT JUDGE



U.S. DISTRICT COURT
DISTRICT OF DELAWARE
MAR 2 1 2006
FILED