Mar. 13, 2006
CA# 04-1513 GMS

Office Of The Clerk
United States District Court
844 N. King ST, Lockbox 18
Wilmington, De. 19801-3570

Dear Sir, Thank you for your kind advice regarding my discrimination case and the phone numbers that you gave me. However, I called every one of the numbers, but haven't had any success in obtaining an attorney that is willing to represent me without a legal fee in advance. ( I can't afford to pay an advance fee but I'm certainly willing to agree to a contingency fee). At this point, it appears that I might have to represent myself if I'm to have my case heard.

At the present time, I'm trying to get any legal help that is available to decipher some of the language used in Rule 26 and Rule 56 which has me somewhat confused. Are there attorneys or paralegals at the courthouse that might provide some help in cases like mine?

As you can see, any further help would be most welcome if it is available.

Sincerely,
Janet Leigh Franklin
*Janet L. Franklin*

Phone: 222-0986
P.O. Box 580, Bear, De 19701

FILED
MAR 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

CC...MBNA Attorneys



P.O. Box 580
Beas, De. 19701-0580

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18