

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 22, 2006

TO: Janet L. Franklin
P.O. Box 580
Bear, DE 19701

**RE:  Letter dated** 3/13/06

Dear Ms. Franklin:

The above referenced letter has been received by this office requesting assistance regarding obtaining legal advice. Be advised that this office is unable to render legal advice and therefore we are unable to assist you. This restriction also entails providing legal materials to parties in actions filed with the court.

Sincerely,

/rg

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet; CA 04-1513 GMS

