IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1513 GMS |
| | ) |
| MBNA CORP, | ) TRIAL BY JURY DEMANDED |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, hereby certify that on April 6, 2006, two copies of the following: **Defendant's First Set of Interrogatories** and **Defendant's First Set of Document Requests** were served via U.S. First Class Mail, postage prepaid to the following *pro se* person of record:

Janet Leigh Franklin
P.O. Box 580
Bear, DE 19701

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
Sheldon N. Sandler, Esquire (No. 0245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673; (302) 571-6676
Facsimile: (302) 571-3330; (302) 576-3286
Email: ssandler@ycst.com; tcheek@ycst.com
Attorneys for Defendant

Dated: April 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's First Set of Interrogatories and Defendant's First Set of Document Requests and this Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such Notice of Service was mailed, First Class Mail, postage prepaid to the following *pro se* person:

>Janet Leigh Franklin
>P.O. Box 580
>Bear, DE 19701

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Teresa A. Cheek*
Sheldon N. Sandler, Esquire (No. 0245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673; (302) 571-6676
Facsimile: (302) 571-3330; (302) 576-3286
Email: ssandler@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: April 6, 2006