IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1513 GMS ) |
| MBNA CORP., | ) TRIAL BY JURY DEMANDED ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE OF TERESA A. CHEEK**

PLEASE ENTER the appearance of the undersigned as lead attorney for Defendant.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/   *Teresa A. Cheek*_____
Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

Dated: April 7, 2006

## CERTIFICATE OF SERVICE

I, Teresa A. Cheek, hereby certify that on April 7, 2006, two copies of the following:

**Entry of Appearance of Teresa A. Cheek** were served via U.S. First Class Mail, postage prepaid to the following *pro se* person of record:

>Janet Leigh Franklin
>P.O. Box 580
>Bear, DE  19701

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/   Teresa A. Cheek_____
>Teresa A. Cheek, Bar I.D. No. 2657
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19801
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Attorneys for Defendant

Dated:  April 7, 2006