AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Janet L. Franklin  DISTRICT OF  Delaware

## EXHIBIT AND WITNESS LIST

V.

MBNA Corp.

Case Number: 04-1513 (GMS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gregory M. Sleet | Pro-se | AWS |
| TRIAL DATE(S) 6/27/06, 7/27/06 + 9/11/06, 8/28/06 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | 3/24/06 | | | Plaintiff Janet L. Franklin P.O. Box 580 Bear, De. 19701-0580 Phone - 302-222-0986 |
| 12 | | 3/24/06 | original Date | | Debbie Demasi - Was one who came up to me and said I can't believe they waited all this time to do something to her or why they didn't do something to her sooner |
| 13 | | 3/24/06 | | | Shirley Wigham - said the same thing as (Debbie Demasi) all three gathered around me. |
| 14 | | 3/24/06 | 9/17/08 | | Belinda Howell - said the same thing! |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

FILED
APR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Janet L. Franklin
P.O. Box 580
Bear, De. 19701

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, De. 19801-3570