IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN, Plaintiff,　　　　C.A. No. 04-1513 CMS

vs.

MBNA CORP, Defendant.

FILED
MAY - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

p scanned

**NOTICE OF SERVICE**

I, Janet L. Franklin, hereby certify that on May 1, 2006, two copies of the following: **Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Document Requests** were served via U.S. First Class Mail, postage prepaid to the following: **CLERK OF THE COURT** and the **Attorney's** of record:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sheldon N. Sandier, Esquire (No. 0245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673; (302) 571-6676
Facsimile: (302) 571-3330; (302) 576-3286
Email: ssandler@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: May 1, 2006　　　　　　　　　　　Janet Leigh Franklin
　　　　　　　　　　　　　　　　　　　　P.O. Box 580
　　　　　　　　　　　　　　　　　　　　Bear, DE. 19701

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I mailed by First Class U.S. Mail 2 sets a true and correct copy of the foregoing **Notice of Service of Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Document Requests** and this **Certificate of Service** with the **Clerk of the Court**. A copy of such **Notice of Service** was mailed, First Class Mail, postage prepaid to the following persons:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sheldon N. Sandier, Esquire (No. 0245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673; (302) 571-6676
Facsimile: (302) 571-3330; (302) 576-3286
Email: ssandler@ycst.com; tchee(g),vcst.com
Attorneys for Defendant

Dated: May 1, 2006

Janet Leigh Franklin
P.O. Box 580 Bear,
DE. 19701