## AFFIDAVIT

The undersigned, being first duly sworn, deposes and says:

On this 3rd day of May. I, Janet L. Franklin under the care of Dr. P.C. Desai, my Psychiatrist and my thearpist (L.C.S.W.) Sharon Fisher do hereby swear that the statements are true to the best of my knowledge.

04-1513 (GMS)

This affidavit was executed by me on 3rd May, 20 06.

*Janet L. Franklin*

STATE OF Maryland )
COUNTY OF Cecil )

I certify that  Janet L Franklin , who ☐ is personally known to me to be the person whose name is subscribed to the foregoing instrument ☒ produced  Delaware Drivers License  as identification, personally appeared before me on  May 3, 2006 , and ☒ acknowledged the execution of the foregoing instrument ☐ acknowledged that (s)he is (Assistant) Secretary of  N/A  and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its (Vice) President, sealed with its corporate seal and attested by him/her as its (Assistant) Secretary.

_____
Notary Public, State of

My commission expires:  My Comm. Exps. 3-30-2009



FILED
MAY -4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned



Janet L. Franklin
P.O. Box 580
Bear, De. 19701-0580

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, De. 19801-3570