IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., )<br>)<br>Defendant. ) | C.A. No. 04-1513 GMS<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF DEPOSITION

TO:  Janet L. Franklin (Pro Se)
P.O. Box 580
Bear, DE 19701-0580

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Janet L. Franklin on Thursday, May 18, 2006, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

Dated: May 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition with the Clerk of the Court using CM/ECF.

I further certify that on May 10, 2006, I served the foregoing Notice of Deposition on the following non-registered participant in the manner indicated below:

> Janet L. Franklin, *Pro se* (First Class Mail)
> P.O. Box 580
> Bear, DE 19701-0580

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Teresa A. Cheek*
> Teresa A. Cheek, Bar I.D. No. 2657
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE 19801
> Telephone: (302) 571-6676
> Facsimile: (302) 576-3286
> tcheek@ycst.com
> Attorneys for Defendant

Dated: May 10, 2006