IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN,<br><br>  Plaintiff,<br><br>v.<br><br>MBNA CORP,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1513 GMS<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>) |

## NOTICE OF SERVICE OF SUBPOENAS

TO:   Janet L. Franklin
      P.O. Box 580
      Bear, DE 19701

PLEASE TAKE NOTICE that a copy of the Subpoenas and Proof of Service (attached hereto as Exhibit "A") was served upon the following entities calling for them to produce documents on May 19, 2006:

   Dr. Ivan Cohen

   Rockford Center

   Allied Behavioral Health

   P.C. Desai, M.D.

   YOUNG CONAWAY STARGATT & TAYLOR, LLP

   /s/ *Teresa A. Cheek*
   Teresa A. Cheek, Esquire (No. 2657)
   The Brandywine Building
   1000 West Street, 17th Floor
   P.O. Box 391
   Wilmington, DE 19899-0391
   Telephone: (302) 571-6676
   Facsimile: (302) 576-3286
   Email: tchee@ycst.com
   Attorneys for Defendant

Dated: May 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Subpoenas and this Certificate of Service with the Clerk of the Court using CM/ECF.

I further certify that on May 11, 2006, I served the foregoing Notice of Service on the following non-registered participant in the manner indicated below:

>Janet Leigh Franklin, *Pro se* (First Class Mail)
>P.O. Box 580
>Bear, DE 19701

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Teresa A. Cheek*
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6676
>Facsimile; (302) 576-3286
>Email: mailto:tchee@ycst.com
>Attorneys for Defendant

Date: May 11, 2006