# JANET L. FRANKLIN

2199 BIGGS HWY.
RISING SUN, MD. 21911

CA. No. 1513-(GMS)

410-658-6843
SAME
ja_net19701@yahoo.com

May 9, 2006

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

To Clerk of The Court:

    My address and Phone # has changed- 2199 BIGGS HWY.
                                      RISING SUN, MD. 21911
                                      410-658-6843



FILED
MAY 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Sincerely,

JANET L. FRANKLIN
2199 BIGGS HWY.
RISING SUN, MD. 21911

BALTIMORE MD 212
10 MAY 2006 PM 6 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570