IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN, Plaintiff,   C.A. No. 04-1513 CMS

v.

MBNA CORP.,   Defendant.

### NOTICE OF SERVICE

I, Janet L. Franklin, hereby certify that on May 9, 2006, two copies of the following: Plaintiff's First Set of Motion For Summary Judgment were served via U.S. First Class Mail, postage prepaid to the following Defendant's Attorneys and the Court of record:

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sheldon N. Sandler, Esquire (No. 0245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673; (302) 571-6676
Facsimile: (302) 571-3330; (302) 576-3286
Email: ssandler@ycst.com; tchee@ycst.com
Attorneys for Defendant

Janet Leigh Franklin
P.O. Box 580
Bear, DE. 19701



FILED
MAY 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dated: May 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006, I sent by **First Class U. S. Mail** a true and correct copy of the foregoing **Notice of Service** of Plaintiff's First Set of Motion For Summary Judgment and this **Certificate of Service** with the Clerk of the Court. A copy of such **Notice of Service** was mailed, First Class Mail, postage prepaid to the following **Defendant's Attorney:**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sheldon N. Sandier, Esquire (No. 0245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673; (302) 571-6676
Facsimile: (302) 571-3330; (302) 576-3286
Email: ssandler@ycst.com; tchee(g).ycst.com
Attorneys for Defendant

Janet Leigh Franklin
P.O. Box 580
Bear, DE. 19701

Dated: May 9, 2006