IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN,<br>Plaintiff,<br><br>v.<br><br>MBNA CORP,<br>Defendant. | )<br>)<br>) C.A. No. 04-1513 GMS<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>) |

### STIPULATION FOR BRIEFING SCHEDULE

The parties, by and through the undersigned counsel and unrepresented party, hereby stipulate and agree that briefing on Plaintiff's Motion for Summary Judgment shall take place according to the following schedule:

1. Defendant's Response to Plaintiff's Motion and Answering Brief shall be filed on or before August 28, 2006; and

2. Plaintiff's Reply Brief shall be filed on or before September 11, 2006.

_/s/ Janet L. Franklin_
Janet Leigh Franklin
P.O. Box 580
Bear, DE 19701
*Pro Se* Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Teresa A. Cheek_
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tchee@ycst.com
Attorneys for Defendant

Dated: May 10, 2006