IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>MBNA CORP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 04-1513 GMS<br>)<br>)  TRIAL BY JURY DEMANDED<br>)<br>) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, hereby certify that on June 2, 2006, two copies of

**Defendant's Responses to Plaintiff's First Set of Document Requests** were served via U.S.

First Class Mail, postage prepaid to the following *pro se* person of record:

>Janet Leigh Franklin
>2199 Biggs Highway
>Rising Sun, MD  21911

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>  /s/ Teresa A. Cheek
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: tchee@ycst.com
>Attorneys for Defendant

Dated:  June 2, 2006

## CERTIFICATE OF SERVICE

  I hereby certify that on June 2, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's Responses to Plaintiff's First Set of Document Requests and this Certificate of Service with the Clerk of the Court using CM/ECF.

  I further certify that on June 2, 2006, I served the foregoing Notice of Service of Defendant's Responses to Plaintiff's First Set of Document Requests and this Certificate of Service on the following non-registered participant in the manner indicated below:

    Janet L. Franklin, *Pro se* (First Class Mail)
    2199 Biggs Highway
    Rising Sun, MD  21911


    YOUNG CONAWAY STARGATT & TAYLOR, LLP


    */s/ Teresa A. Cheek*
    Teresa A. Cheek, Bar I.D. No. 2657
    The Brandywine Building, 17th Floor
    1000 West Street
    P.O. Box 391
    Wilmington, DE 19801
    Telephone: (302) 571-6676
    Facsimile: (302) 576-3286
    tchee@ycst.com
    Attorneys for Defendant

Dated:  June 2, 2006