IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., )<br>)<br>Defendant. ) | C.A. No. 04-1513 GMS<br><br>TRIAL BY JURY DEMANDED |

### NOTICE OF DEPOSITION

TO:  Janet L. Franklin (Pro Se)
 2199 Biggs Highway
 Rising Sun, MD 21911

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Dr. Praful DeSai on Friday, June 16, 2006, beginning at 2:00 p.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in Dr. DeSai's office, 260 Chapman Road, Commonwealth Building, Suite 100C, Newark, DE 19702.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek

Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

Dated: June 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition and this Certificate of Service with the Clerk of the Court using CM/ECF.

I further certify that on June 12, 2006, I served the foregoing Notice of Deposition this Certificate of Service on the following non-registered participant in the manner indicated below:

>Janet L. Franklin, *Pro se* (Federal Express)
>2199 Biggs Highway
>Rising Sun, MD 21911

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Teresa A. Cheek
>
>Teresa A. Cheek, Bar I.D. No. 2657
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19801
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>tchee@ycst.com
>
>Attorneys for Defendant

Dated: June 12, 2006