IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>MBNA CORP,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 04-1513 GMS<br>)<br>)  TRIAL BY JURY DEMANDED<br>)<br>) |

NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, Esquire, hereby certify that on June 15, 2006, two copies of Defendant's Answers to Plaintiff's First Set of Interrogatories were mailed, postage prepaid, via Federal Express, to the following non-registered participant:

    Janet L. Franklin, *Pro Se*
    2199 Biggs Highway
    Rising Sun, MD  21911

YOUNG CONAWAY STARGATT & TAYLOR, LLP

  */s/ Teresa A. Cheek*
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tchee@ycst.com
Attorneys for Defendant

Dated: June 15, 2006

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's Answers to Plaintiff's First Set of Interrogatories and this Certificate of Service with the Clerk of the Court using CM/ECF.

I further certify that on June 15, 2006, I served the foregoing Notice of Service on the following non-registered participant in the manner indicated below:

>Janet Leigh Franklin, *Pro se* (via Federal Express)
>2199 Biggs Highway
>Rising Sun, MD 21911

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Teresa A. Cheek*
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6676
>Facsimile; (302) 576-3286
>Email: mailto:tchee@ycst.com
>Attorneys for Defendant

Date: June 15, 2006