IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-1513 GMS |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| MBNA CORP, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE OF SUBPOENA

TO: Janet L. Franklin
2199 Biggs Highway
Rising Sun, MD 21911

   PLEASE TAKE NOTICE that a copy of the Subpoena (attached hereto as Exhibit "A") was served upon P.C. DeSai, M.D. on June 13, 2006 at the following address:

   P.C. DeSai, M.D.
   260 Chapman Road, Commonwealth Building
   Suite 100C
   Newark, DE 19702

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Teresa A. Cheek*
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tchee@ycst.com
Attorneys for Defendant

Dated: June 15, 2006

DB01:2124560 1

009626 1042

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Subpoena and this Certificate of Service with the Clerk of the Court using CM/ECF.

I further certify that on June 15, 2006, I served the foregoing Notice of Service on the following non-registered participant in the manner indicated below:

>Janet Leigh Franklin, *Pro se* (via Federal Express)
>2199 Biggs Highway
>Rising Sun, MD 21911

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Teresa A. Cheek*
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: mailto:tchee@ycst.com
>Attorneys for Defendant

Date: June 15, 2006

# EXHIBIT A

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| Janet L. Franklin | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | CASE NUMBER:[1]  04-1513 GMS |
| MBNA Corp | |

TO:  P.C. Desai, M.D.
260 Chapman Road, Commonwealth Bldg.
Suite 100C
Newark, DE 19702

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| 260 Chapman Road, Commonwealth Bldg., Ste. 100C, Newark, DE 19702 | Friday, June 16, 2006 at 2:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *Teresa A. Cheek*   Attorney for Defendant | DATE June 12, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Teresa A. Cheek, Esquire; Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, PO Box 391, Wilmington, DE 19899-1031

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## EXHIBIT A

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| SERVED | 6/13/06 | 260 CHAPMAN RD. NEWARK, DE |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| P.C. DESAI, MD | | ACCEPTED BY   KOSHA DESIA |
| SERVED BY (PRINT NAME) | | TITLE |
| DENORRIS BRITT | | PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   6/13/06
DATE

SIGNATURE OF SERVER
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE  19899-1360
302-475-2600

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D-

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the partyor attorney in breach of this duty an appropriate sanction which may include, but is not limited to. lost earnings and reasonable attorney's fee

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need notappearin person atthe place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materialsof the premises If objection is made, the partyserving the subpoenashall not be entitled to inspectand copyrnaterials; or inspectthe premises except pursuaritto an order of the court by which the subpoena was issued  If objection has been made, the parlyserving the subpoena may, upon notice to the person commanded to produce, move at any time for an orderto compel the production  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded

(3) (A) On timely motion, the court bywhich asubpoenawas issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(h) requires a person who is not a party or an officer ofa partyto travel to a place more than 1 00 miles from the place where that person resides, is employed or regularly transacts business in person. except that, subject to the provisions of clause (c)(3)(B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matterand no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information. or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(ii!) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 1 00 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows asubstantial need forthe testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are keptin the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged orsubjectto protection astrial preparation materials, the claim shall be made expresslyand shall be supported bya description of the natureof the documents, communications, orthings not produced that is sufficienttoenable the demanding party to contest the claim