IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET LEIGH FRANKLIN, | ) | |
| | ) | |
| Plaintiff, *Pro Se*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1513 (GMS) |
| | ) | |
| MBNA CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, on July 27, 2006, the defendant filed a motion for summary judgment, opening brief in support, and appendix (D.I. Nos. 54, 55 and 56);

WHEREAS, on July 27, 2006, the defendant filed a motion for leave to file the motion for summary judgment under seal (D.I. 57);

IT IS HEREBY ORDERED that:

The motion for leave to file the motion for summary judgment, opening brief in support, and appendix is GRANTED. Docket Items Nos. 54, 55, and 56 shall be placed under seal. The defendant will file a redacted copy of the above docket items within five (5) business days of the date of this Order.

July 28, 2006

_____
UNITED STATES DISTRICT JUDGE