IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN,     )
                          )
       Plaintiff,       )
                          )     C.A. No. 04-1513 GMS
     v.            )
                          )     TRIAL BY JURY DEMANDED
MBNA CORP,          )
                          )
       Defendant.   )

<u>MOTION FOR SUMMARY JUDGMENT</u>

## **<u>REDACTED</u>**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Teresa A. Cheek
Teresa A. Cheek (Bar I.D. No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tchee@ycst.com
Attorneys for Defendant

Dated: August 2, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANET LEIGH FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   C.A. No. 04-1513 GMS |
| v. | ) |
| | )   TRIAL BY JURY DEMANDED |
| MBNA CORP, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant, by and through its undersigned counsel, hereby moves for entry of an Order

granting it Summary Judgment on all Counts of Plaintiff's Complaint for the reasons more fully

set forth in its Opening Brief, filed herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
Teresa A. Cheek (Bar I.D. No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tchee@ycst.com
Attorneys for Defendant

Dated: August 2, 2006

SO ORDERED this _____ day of _____, 2006.


The Honorable Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, I electronically filed a true and correct copy of the foregoing Motion for Summary Judgment - Redacted and this Certificate of Service with the Clerk of the Court using CM/ECF.

I further certify that on August 2, 2006, I served the foregoing Motion for Summary Judgment- Redacted and this Certificate of Service on the following non-registered participant in the manner indicated below:

Janet L. Franklin, *Pro se* (First Class Mail)
2199 Biggs Highway
Rising Sun, MD  21911


YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ Teresa A. Cheek
Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
tchee@ycst.com
Attorneys for Defendant


Dated:  August 2, 2006