IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANET LEIGH FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1513 GMS |
| | ) | |
| MBNA CORP, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO DEFENDANT MBNA'S OPENING BRIEF IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

## REDACTED

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Teresa A. Cheek (Bar I.D. No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tchee@ycst.com
Attorneys for Defendant

Dated: August 2, 2006

## TABLE OF CONTENTS

PAGE

Redacted: Entirety of Document Confidential ........A1

Franklin Deposition Exhibit 1 ................................................................A53

Redacted: Entirety of Document Confidential ........A54

Redacted: Entirety of Document Confidential ........A55

Redacted: Entirety of Document Confidential ........A56

Redacted: Entirety of Document Confidential ....A107

Redacted: Entirety of Document Confidential ....A111

Redacted: Entirety of Document Confidential ....A115

Redacted: Entirety of Document Confidential ....A116

Redacted: Entirety of Document Confidential ....A117

Redacted: Entirety of Document Confidential ....A118

Redacted: Entirety of Document Confidential ....A120

Redacted: Entirety of Document Confidential ....A121

Redacted: Entirety of Document Confidential ....A122

Redacted: Entirety of Document Confidential ....A123

Redacted: Entirety of Document Confidential ....A124

Redacted: Entirety of Document Confidential ....A125

Redacted: Entirety of Document Confidential ....A129

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN,          )
                               )
     Plaintiff,                )
                               )
     v.                        ) C.A. No. 04-1513 GMS
                               )
MBNA CORP.,                    )
                               )
     Defendant.                )

          Deposition of JANET LEIGH FRANKLIN taken
pursuant to notice at the law offices of Young Conaway
Stargatt & Taylor, LLP, The Brandywine Building,
17th Floor, 1000 West Street, Wilmington, Delaware,
beginning at 9:50 a.m., on Thursday, May 18, 2006, before
Kimberly A. Hurley, Registered Merit Reporter and Notary
Public.
APPEARANCES:
          TERESA A. CHEEK, ESQUIRE
          YOUNG CONAWAY STARGATT & TAYLOR, LLP
             The Brandywine Building - 17th Floor
             1000 West Street
             Wilmington, Delaware 19801
             for the Defendant



               WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
                  (302) 655-0477
                  www.wilfet.com

1    Q.    That's all right.

2    A.    I have taken Dealing With Conflict, Getting

3  Your Message Across, Exceeding Your Customers'

4  Expectations, Taking in Information Effectively, Turning

5  Problems Into Opportunities, Personal Effectiveness,

6  Everyone Sells, Micro Computer Skills, Advanced Microsoft

7  Access 7, Introduction to Microsoft Word 7, Advanced

8  Microsoft Excel 7, Advanced Microsoft Word 7.  That's

9  all.

10    Q.    Let me see if we can trace your job history

11  with MBNA.  Do you know the date on which you started

12  working for MBNA?

13    A.    Yes, ma'am, I do.

14    Q.    When was it?

15    A.    3/13/90.  Actually, it first was SSBA.

16    Q.    What was SSBA?

17    A.    Southern States Banking Association out of

18  Dallas, Texas.

19    Q.    That company was eventually purchased by MBNA?

20    A.    Yes.  I believe it was purchased in '93 and we

21  moved into MBNA's building in January of '94.

22    Q.    What was your position, your first position?

23    A.    I worked in the mailroom.

24    Q.    Was your title mailex operator?

1    A.    Yes.

2    Q.    How long did you hold that job?

3    A.    Six months.

4    Q.    What did you do after that?

5    A.    I was promoted to audit clerk.

6    Q.    That was in about August 1990?

7    A.    I started -- yes.  Yes.

8    Q.    What did that job involve?

9    A.    Collecting the batches from the keyers, going

10   through the batches, making sure that all the checks were

11   encoded correctly.  If we found a mistake, we had to go

12   through the register receipt that they printed out and

13   make the correction on the register receipt and also

14   re-encode the check, and then it was collected to put it

15   in a tray.

16   Q.    So these checks that you're talking about, are

17   they payments from customers?

18   A.    Yes, they were payments from customers.

19   Q.    You were sort of proofreading the work of the

20   people that were keying in the information from the

21   checks?

22   A.    Yes.

23   Q.    For how long did you do that job?

24   A.    I did that job for probably till February of

10

1    '91.

2        Q.    In February of '91 what did you do?

3        A.    I went into microfilm.

4        Q.    What did you do in microfilm?

5        A.    We just had to -- if there was a dispute on a

6    person's check where it was keyed for $3 and it was

7    supposed to have been $30, we had to go to the microfilm

8    over -- I had to go over to the next building and find

9    that check and bring it up on microfilm and make copies

10   of it.  Let me see.  Send copies -- we had to make three

11   copies.  One went to my manager, one went to the

12   department manager, and one went to the customer.

13       Q.    Was your title in that position control clerk?

14       A.    Yes.

15       Q.    Then how long did you continue to do the

16   control clerk job?

17       A.    I was in there for about four months, and then

18   I went to like not a transport operator but logging out

19   the film.  I had to list all of the trays of the work and

20   make copies of it for the courier when he came to pick up

21   the trays.

22       Q.    Was that mail prep. clerk?

23       A.    Yes.

24       Q.    That was sometime in 1991 or 1992 that you

11

1    changed jobs?

2        A.    Yes.    '92, I believe.

3        Q.    How did it come about that you changed jobs?

4    Did you apply for a transfer?

5        A.    It was offered to me.   My manager approached me

6    and asked me if I would do it.

7        Q.    How long did you do the mail prep. clerk job?

8        A.    I did it until we moved over to MBNA in '94.

9        Q.    Is transport batch operator a different job?

10       A.    Transport is where you run all the payments --

11   the cameras on the transport captures the image of the

12   check and the doc on pass 1 and on pass 2 you change the

13   machine and it encodes the checks.

14       Q.    So that is a different function, different job.

15       A.    Uh-huh.

16       Q.    At some point in time did you become a

17   microfilm support representative?

18       A.    Yes, I did.

19       Q.    Is that also a different job than the ones you

20   have already talked about?

21       A.    No.   It was basically the same.   If they were

22   shorthanded, I also would do that.   They would pull me

23   and ask me to go look up a check for them.

24       Q.    So that's basically the same job as which,

12

1    control clerk?

2        A.    Yes.

3        Q.    In 1994 what did you begin doing?

4        A.    When we went over to MBNA, I worked in the

5    mailroom as prep. clerk making sure that all the checks

6    was gathered up and was placed in the tray, carried out

7    to the transport operators for them to run them through

8    the machines, to run pass 1, pass 2, so that they could

9    be taken out to reconcilement to be reconciled before

10   they went out to the courier.

11       Q.    Where did the courier take them?

12       A.    The courier took them to Philadelphia to -- I

13   believe at that time it was -- trying to think what bank.

14       Q.    To the bank for deposit?

15       A.    Yes.  It was in Philly and the Federal Reserve

16   was right across the street from it.  We had a deadline

17   to meet.  That's why...

18       Q.    Looks like from your records that you were a

19   transport operator?

20       A.    Yes.

21       Q.    In the mid-'90s?

22       A.    Yes.  I worked in transport on day shift for a

23   while.  I passed out one day and that's when I found out

24   I had an irregular heartbeat.  I came back to work,

13

1  resumed my position in transport, but then I was promoted

2  to production coordinator to the mailroom for second

3  shift.

4      Q.    When was that?

5      A.    I believe that that was in '96.

6      Q.    Was your position then senior support

7  representative?

8      A.    Yes.

9      Q.    How long did you continue to be the senior

10  support representative?

11      A.    I worked there until August of '97.

12      Q.    What happened in August of '97?

13      A.    I posted for a position over at Deerfield for

14  bankruptcy and got the position and stayed there till

15  August of '98.

16      Q.    What was your job title there?

17      A.    I'm trying to think what the job title was.

18  All I know was it was bankruptcy.  We would go into

19  people's accounts and we would status the accounts,

20  whether it was bankruptcy or lost or stolen.  And when I

21  wasn't doing that or we ran out of work, then I would go

22  over to the other areas and help out there.

23      Q.    What happened in August of '98?

24      A.    There was a position for third-shift transport

14

1   operator which meant a higher pay grade and more money,

2   and I posted back to payment services.

3        Q.    That was August '98?

4        A.    Yeah.  August of '98, yes.

5        Q.    Then you became a transport operator?

6        A.    Yes.

7        Q.    How long did you continue to work as a

8   transport operator?

9        A.    I believe I worked till April.  I couldn't get

10  any sleep on third shift, so the manager that I had

11  wanted me to come out to reconcilement, but the same time

12  the manager on first shift had three openings for day

13  shift and I posted for day shift and got it.

14       Q.    That was April of '99?

15       A.    '99.

16       Q.    Day shift transport operator?

17       A.    No.  Day shift reconcilement.

18       Q.    Might that have been in 2000 as opposed to

19  1999?

20       A.    It could have been.  It could have been 2000.

21       Q.    Let me just show you -- I'm not going to mark

22  it as an exhibit.

23       A.    Yes.

24       Q.    So this is an acknowledgment -- just identify

Janet Leigh Franklin

15

1   for the record it's Bates No. D167 and it's an

2   acknowledgment indicating that -- it's dated June 8,

3   2000.  That's the date you signed it?

4        A.    Yes.

5        Q.    It's indicating that you're moving from

6   transport operator to reconcilement lead?

7        A.    Yes.  Thank you.

8        Q.    Did you stay in the reconcilement lead position

9   from then until the time that you left?

10       A.    Yes, I did.

11       Q.    In general, how did you like your position as

12   reconcilement lead?

13       A.    I loved it because when I came in, every day

14  was different.  You never knew what to expect or what the

15  workload was going to be or if we were going to have any

16  work.  But I loved it because it was always different.

17       Q.    Can you describe your duties?

18       A.    I was considered a floater per my manager

19  because she knew that I could do everything, and I would

20  offer to do it.  If I seen that something needed to be

21  done, she didn't need to tell me.  I just got up and did

22  it.

23       Q.    Your manager was who?

24       A.    Judy Currinder.

17

1   that did 12 noon to 8:30.

2       Q.    What did everyone else do?

3       A.    Some of them were prime time -- two of them

4   were prime time.  The rest of them came in from 10:00 to

5   6:30.

6       Q.    What was prime time?

7       A.    Prime time was like they only got 30 hours a

8   week.

9       Q.    What hours of the day?

10      A.    One girl worked 10:00 to 6:30, but she only

11  worked like three days a week or four days a week.  The

12  other girl -- no, it was just the one girl at the time.

13      Q.    Did you get along well with your coworkers?

14      A.    Oh, yes.  We all joked and carried on during

15  the day.  It made the day go by faster.

16      Q.    Did there come a point when you started having

17  trouble getting along with any of your coworkers?

18      A.    Yes, I did.

19      Q.    Can you tell me about that?

20      A.    This is going to be rough.

21      Q.    Take your time.

22      A.    I had moved my seat -- or when the gentleman

23  started on Tuesdays, I would sit beside one of my

24  girlfriends and she had gotten a computer and she didn't

1  know how to use it, and I was standing -- I came in one

2  day, and our cubicles was maybe waste high, and I was

3  standing in front of her and she was telling me that she

4  had gotten a computer, she didn't know how to log on or

5  anything, and I offered to come over that Sunday, because

6  she worked on Saturday, and show her how to do a little

7  bit on the computer.

8         And we were just talking back and forth,

9  and the girl that sat not directly behind her but kind of

10 kitty-corner, she looked up at me -- and if you don't

11 mind me using these bad words, she looked at me and said,

12 "You son of a bitch" and "mother fucker," and she had

13 cussed me a month before and I went to Judy and told her

14 that Debbie had cussed me, and there was nothing done.  I

15 made up my mind that the next time she cussed me, that I

16 would take it to upper management.

17    Q.    So when she had cussed at you the month before,

18 is that when you went and told Judy about it?

19    A.    Yes.

20    Q.    Judy didn't do anything?

21    A.    No, she didn't do anything to her.

22    Q.    The month before when she cussed at you, what

23 was that, what were the circumstances there?

24    A.    I believe I was sitting at my desk doing my

19

1    work and the girl that sat between us was up in the area

2    of transit, so she could see me across the other cubicle,

3    and she cussed me.

4        Q.    What did she say?

5        A.    I haven't a clue.  I don't remember what she

6    said.

7        Q.    This is Debbie Richards that you're talking

8    about?

9        A.    Yes.

10       Q.    So that was in about August of 2002 that that

11   first incident happened?

12       A.    Yes.

13       Q.    September 2002 is when the second one happened?

14       A.    Yes.

15       Q.    Was there any kind of provocation?  Had you

16   said something that offended her?

17       A.    Joey and I wasn't even talking to her.  We were

18   talking among ourselves about her computer.  I did look

19   up and notice that she was doing her work, but mostly I

20   was talking to Joey about her computer because it was

21   before my start time.

22       Q.    Do you think that she was reacting to being

23   distracted from her work?

24       A.    No, because we weren't talking loud.  We

20

1   weren't laughing and carrying on.  I was just explaining

2   to her what I would do Sunday and that was basically it.

3       Q.   This is September that we're talking about.

4       A.   Yes.

5       Q.   These comments in September were completely

6   unprovoked, as far as you know?

7       A.   Yes.

8       Q.   Do you have any idea why she did that?

9       A.   Because she had done it to other people and had

10  gotten away with it because they were afraid to turn her

11  in and they knew that the manager wouldn't do anything to

12  her.

13      Q.   Why did they think the manager would do

14  nothing?

15      A.   Because she had cussed them before.

16      Q.   Did you say anything in response to

17  Ms. Richards?

18      A.   Yes, I did.

19      Q.   What did you say?

20      A.   She was talking about my mom, which my mother

21  is passed away, and she said something in reference to

22  "Your mother's in heaven probably turning over in her

23  grave."

24           And I said, "Your mama."

21

1          And she stood up to go get another tray of
2   work and I said, "You know what they say," I said, "the
3   bigger they are, the harder they fall."  And she went
4   back to her seat, and I didn't respond to anything else.
5   I just ignored her and continued talking to Joey.
6       Q.    Did you then complain about Ms. Richards?
7       A.    My manager wasn't there that day.  That was on
8   a Friday.  That Monday when I came in, I made up my mind
9   that I was going to take it to upper management.
10      Q.    How did you do that?
11      A.    I went to Dottie Boyce and told Dottie what had
12  happened and she gave me a piece of paper and asked me to
13  write down word-for-word of what Debbie said, and I did.
14  I came in Tuesday morning.  I hadn't had no sleep because
15  of the incident and what I had done.  There wasn't much
16  work that day and Lori asked me if I wanted to go home
17  and I said yes.
18          I no sooner got home and I laid down and
19  the phone rings and it's Dottie calling me and she said,
20  "Janet, you have an appointment at 2 o'clock to go talk
21  to Renee Cofee-Williams.  Can you be there?"
22          I said, "Yes, I can."
23      Q.    This is still on the same Tuesday?
24      A.    Yes.  Renee at the time was over -- she was

22

1  manager of Human Resources.  So I went in and met with

2  Renee and told her what had happened, and it took a month

3  for the investigation to go through -- for them to finish

4  the investigation.

5              When the investigation came through, Debbie

6  was called to personnel first.  I didn't miss her in the

7  room, so I'm not sure what time of day it was.  All I

8  know is I was called over to talk to Renee and she had

9  given me a verbal -- Judy went with me.  She had given me

10  a verbal warning for six months which meant that if I did

11  anything, didn't keep my productivity up, that they could

12  put me on the next level of warning.

13     Q.     Had you ever had a verbal warning before?

14     A.     Yes, I believe I have, but it was like, I would

15  say, five years ago.

16     Q.     What was the verbal warning for?

17     A.     For the five years ago?

18     Q.     No.  The one that was in 2002.

19     A.     Because I responded to Debbie.

20              (Defendant's Deposition Exhibit No. 1 was

21  marked for identification.)

22  BY MS. CHEEK:

23     Q.     I have handed you a document that's been marked

24  Defendant's Exhibit 1.  Do you recognize that?

34

1      A.     He told me that for me to go and talk to -- at

2  that time he just told me to ignore her, told me to --

3  and I hate to say this, but told me that -- will this be

4  on record because of client and social worker

5  confidentiality because of what he said?

6      Q.     I don't know if there is any client-social

7  worker privilege, but you have already disclosed

8  information in your -- to me about that.  To the extent

9  there was a privilege, it's gone.

10     A.     Okay.  He told me, he said, "You have to ignore

11 her."  He said, "So she is a fat bitch."  He said, "You

12 just have to ignore her."

13              I was crying that day because I wanted

14 help, but he didn't give me the help that I basically

15 wanted.  At that time I didn't ask to be moved.  I just

16 was hoping that he could do something to help me maybe

17 get moved or have some push with MBNA to move me.

18     Q.     When you say "move me," are you talking about

19 transferring to a different job?

20     A.     To a different area.

21     Q.     To a different area?

22     A.     Yes.

23     Q.     You wanted to be in a different department or

24 to be in a different building?

1    Q.    Did you ever see this e-mail that you're

2  writing about here?

3    A.    No.

4    Q.    Did Judy say, "I got an e-mail from Renee"?

5    A.    Yes, because she would come over and tell me

6  about it.

7    Q.    When did that conversation or when did those

8  phone calls take place?

9    A.    I can't remember because it was numerous phone

10  calls that I called.  I mean, I did what she said.  I

11  would call her asking for help, but in turn she would

12  e-mail Judy telling Judy that I had to go through proper

13  channels which meant I had to go through Judy, I had to

14  go through Dottie, and I had to go through Jerry.

15    Q.    Was there any reason why you didn't want to do

16  that?

17    A.    I had and they didn't do anything.  And I felt

18  with Renee being supervisor of HR and her telling me that

19  if I had a problem to call her, I felt that that's what

20  she meant, to call her.

21    Q.    Later on in November you wrote a note to

22  Renee --

23    A.    Right.

24    Q.    -- about another incident with Debbie.

46

1    A.    Yes.

2    Q.    What happened then?

3    A.    Robin was in transit and she was making

4  photocopies and Debbie was in transit and they were

5  arguing among themselves.

6    Q.    When you say "transit," you're talking about a

7  department?

8    A.    Yeah.   It's like where they bring out the trays

9  for us to tape up to get ready to be sent out to the

10  courier.

11        Her and Debbie had some words and Robin --

12  I heard Robin say, "Debbie, I'm not in the mood for this

13  today."  And Debbie walked away.  She walked around the

14  corner and she backed up and stuck her head around the

15  corner and she told Robin to kiss her ass.

16        So she went back to her desk and Robin

17  followed her and Debbie gave Robin the finger.  Well, I

18  was debating on writing a note to Renee to let her know

19  that Debbie had not changed, and Judy asked me if I wrote

20  the note and at first I said no because I didn't want to

21  seem to be a tattletale, but I felt that she also knew

22  that Debbie hadn't stopped.

23        So I called her Saturday night and I told

24  her that I had wrote the note.  We had a meeting I think

1    that Monday together and she said, "Do you know with that

2    incident, that you can be fired?"

3        Q.    Judy said that you could be fired?

4        A.    Yes.

5        Q.    What was the reason for that?

6        A.    For writing a note to Renee.

7        Q.    Then what happened?

8        A.    That was it.  The conversation was over.  I

9    went out to my desk and Judy came out and went to her

10   desk.

11       Q.    You didn't have any other conversations about

12   that?

13       A.    Not to my knowledge.  The only thing was she

14   told to me that I could be fired for that incident.

15       Q.    Did you have any conversations with

16   Renee Cofee-Williams about the note?

17       A.    Yes.  I believe I was called over to talk to

18   Renee and I told her that I had wrote the note.

19       Q.    What else did you talk about, anything?

20       A.    I can't remember.

21       Q.    In your notes you say on December 6 -- this is

22   page P6, "Robin K," that's Kelly, right, "and

23   Debbie Richards said something smart."  And you said, "I

24   can't take much more of this."

48

1          Do you know what you're talking about here?

2      A.    They had made a remark about me and I felt

3  that, because I had went to Renee with the first

4  incident, everybody was against me, that I felt that I

5  was doing something right and then I felt that they were

6  all against me because I had done this.

7      Q.    You mean all of your coworkers?

8      A.    All of them.

9      Q.    What is the "something smart" that they said?

10     A.    I'm trying to think.  It was in reference to --

11     Q.    Did it have anything to do with listening to

12  Christmas music?

13     A.    No.  No, it did not.  We were listening to

14  Christmas music, but they made a remark to me about

15  something in reference to "We have to be careful what we

16  say," more or less saying that if something was said,

17  that I would go and tell somebody.

18     Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20          Can you tell me what you meant by that?

21     A.    I had to keep everything to myself because not

22  only were they my friends, they were Debbie's friends,

23  too.  I couldn't tell them anything that I was feeling

24  because they would go back and tell Debbie and I didn't

49

1    want to keep it stirred up and trouble going.  So I kept

2    it to myself.

3

4

5

6         A.    Yes.

7

8

9

10

11        Q.    You had the feeling that, even though

12   Debbie Richards cussed, people liked her anyway?  The

13   same with Tina?

14        A.    Tina didn't cuss anyone.  She just joined

15   Debbie in the harassment.  Except as far as me, she

16   called me a bitch.  Her and Debbie called me -- a lot of

17   times called me dog.  The shoving, bumping into me, Tina

18   saying that she was going to slap me.  Those kind of

19   things.

20        Q.    You say you told Shirley.  Is that

21   Shirley Wigham?

22        A.    Yes.

23        Q.    How about "Debbie R bumping into me"?  Was it

24   Debbie that was bumping into you when you were breaking

Janet Leigh Franklin

50

1    down trays or was it Tina or both of them?

2        A.    Actually, it was both of them, but this

3    incident was Debbie.

4        Q.    Here's your note about Judy saying that you

5    were paranoid and it was all in your head.

6        A.    Yes.

7        Q.    This is on P7.  That was in December or maybe

8    November that she said this to you?

9        A.    It had to be in December.

10       Q.    December 12, 2002, "Judy had a meeting with me.

11   Told me I could be fired for that incident.  I said why I

12   didn't do it in malice, I didn't do it in prejudice and I

13   didn't do it under false pretense."

14       A.    Yes.

15       Q.    During the discussion that you had with Judy,

16   was there any question raised about whether the incident

17   that you had written the note about really happened?

18       A.    Yes, it did.

19       Q.    You're saying it did really happen?

20       A.    It really did happen.

21       Q.    Did you tell Judy in your conversation with her

22   or tell Renee that you weren't sure whether it happened

23   or not?

24       A.    Judy wanted me to retract my story because she

Janet Leigh Franklin

51

1   didn't -- I don't know why she wanted me to retract my

2   story.

3        Q.    Did she say why?

4        A.    No.   She just said something in reference to

5   are you sure about this or -- let me see what else did

6   she say.   Or she said, "Tell Renee that you're not for

7   sure about what happened."   I don't know if it's because

8   she didn't want to get in trouble or she didn't want

9   Debbie to get in trouble again.

10       Q.    Did you tell Renee that you weren't sure?

11       A.    Yes, I did.

12       Q.    That was because Judy asked you to say that?

13       A.    Yes.

14       Q.    Did you tell Renee that Judy had asked you to

15  say that?

16       A.    No, I did not.

17       Q.    So when Judy and/or Renee -- I don't know

18  whether Renee told you this or not.   Did Renee tell you

19  that you could get in trouble for making up a false

20  report about somebody else?

21       A.    Yes, she did.

22       Q.    Did you tell her that it wasn't false when she

23  said that?

24       A.    I just agreed with her.

Janet Leigh Franklin

52

1    Q.    You said yes, I could get in trouble for making

2    up a false report about someone?

3    A.    Yes.

4    Q.    Is that why Judy told you you could get fired

5    in connection with the incident?

6    A.    Yes.

7    Q.    Because of your making a false report, you're

8    admitting you're not sure and that kind of thing?

9    A.    Yes. But I know what I seen, I know what I

10   heard, and I didn't want to get fired.

11   Q.    So no discipline was imposed on you in

12   connection with that note?

13   A.    No, ma'am, it wasn't.

14   Q.    Was there any incident around Christmas time

15   involving you bringing in a tape player and playing

16   Christmas music on it?

17   A.    I remember on Saturday, when I was working

18   Saturdays before Judy changed my days, I had brought in a

19   tape player and was playing the radio, but this was --

20   this was way before any of this happened.

21   Q.    It involved Christmas music?

22   A.    No. I don't even think it was around

23   Christmas. I think it was -- it might have been warm

24   weather.

53

1    Q.    Did you have any kind of conflict with

2    coworkers about the music or the tape player?

3    A.    They turned my music off and I came back and

4    asked them to leave my radio alone because to me they had

5    no business touching it.  I didn't have it real loud.

6    They're the ones that wanted to hear the radio at first.

7    They were just trying to change the stations and I wanted

8    it left alone.

9    Q.    Was that when you were still sitting next to

10   Tina -- was it on your desk?

11   A.    No.  Actually I was -- at that time I was

12   sitting one seat down from Debbie.

13   Q.    Did you use any foul language?

14   A.    Yes, I did.

15   Q.    What kind of foul language did you use?

16   A.    I told them to keep their hands off my fucking

17   radio.

18   Q.    You think that was during the summer maybe?

19   A.    Yes, it was in the summer.  I don't even think

20   it was anywhere near this.

21   Q.    Do you think it was in 2002?

22   A.    I couldn't tell you.  I can't say yes and I

23   can't say no because I don't know.  I don't know when it

24   was.

54

```
 1      Q.    After that incident was there any negative

 2   reaction -- was it Debbie that was trying to change the

 3   radio or Tina?

 4      A.    No.  Actually it was Joey.  I don't think

 5   Debbie got up out of her seat.

 6      Q.    When you say "Joey," that's Joann --

 7      A.    -- Rogers.

 8      Q.    Do you think that had anything at all to do

 9   with the hostility that Debbie was showing to you?

10      A.    No, because that was -- if it was 2002, that

11   was months before and Debbie and I had laughed and

12   carried on after that.

13      Q.    So you were getting along fine after that.

14      A.    Yes.

15      Q.    You have a note in here from January -- it's on

16   top of P8.  "Sometime in the middle of January Judy said

17   in 6 mos I could become a unit lead or production

18   coordinator.  That I was invaluable to her."

19      A.    Yes.

20      Q.    That actually happened?

21      A.    Yes.  Because she knew that everything in that

22   area and the other areas that I could do to get the work

23   done, keep the work running smoothly.  Actually, she --

24   what word am I looking for?  She more or less scolded me
```

56

1      A.    No.   After everyone had left that evening, most

2  of them were gone by 6:30, Judy and I was in transit and

3  she was sitting there and I was talking to Judy and I was

4  crying, and she said, "It seems to me like you feel

5  guilty for doing this."

6              I said, "I do."  I said, "Because if I knew

7  that this was going to happen, I would have never done

8  it."

9      Q.    So you think Judy thought that you shouldn't

10 have made an issue in the first place?

11     A.    Yes.

12     Q.    The next page, P9, you say you went to see

13 ████████████████████████████████████████████████████████

14 ███████████

15     A.    No.

16 ████████████████████████████████████████████████████████

17 ███████████

18     A.    Yes.

19 ████████████████████████████████████████████████████████

20 ████████████████████████████████████████████

21     A.    Yes.

22 ████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████

24 ███████████████████████████████████████



57

| | | |
|---|---|---|
| 7 | Q. | What's your sister's name? |
| 8 | A. | Gloria. |
| 9 | Q. | Gloria? |
| 10 | A. | Yes. |
| 11 | Q. | Gloria? |
| 12 | A. | Brewer. |
| 13 | Q. | B-r-e -- |
| 14 | A. | -- w-e-r. |
| 15 | Q. | What's your son's name? |
| 16 | A. | Brian. |
| 17 | Q. | Brian? |
| 18 | A. | Gray. |
| 19 | Q. | G-r-a-y? |
| 20 | A. | Uh-huh. |
| 21 | Q. | And your niece's husband's name? |
| 22 | A. | Dwayne Roark. |
| 23 | Q. | D-u? |
| 24 | A. | D-w. |

Janet Leigh Franklin

58

1    Q.    a-y-n-e?

2    A.    Uh-huh.

3    Q.    What's his last name?

4    A.    Roark, R-o-a-r-k.

5    Q.    What's your niece's name?

6    A.    Elizabeth -- actually, her real name is

7 Margaret Elizabeth, but we call her Liz.

8    Q.    Are you related in any way to Tina or Debbie?

9    A.    No, I'm not.  My niece's husband is, Dwayne.

10    Q.    Had you been at work that day, the 31st?

11    A.    No.  I went to -- I was on my way to work.

12    [redacted]

13    [redacted]

14    [redacted]

15    [redacted]

16    [redacted]

17    [redacted]

18    [redacted]

19    A.    It was the 30th.

20    Q.    Was it the night of the 30th?

21    A.    Uh-huh.

22    [redacted]

23    A.    No, I wasn't.

24    [redacted]



5    A.    Yes.

13    A.    Yes.

16    Q.    Did you communicate with anyone at work about

17  that?

18    A.    Not until -- yes, I did.  When I was in

19  Sharon's office, I called work.  I believe Lori answered.