60

1     A.    -- the 5th of February.

2     Q.    '03.

3     A.    Yes.

4     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5   while.

6     A.    Yes.

7     Q.    How long were you doing that?

8     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13    Q.    On 3/19 --

14    A.    Yes.

15    Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16    A.    Yes.

17    Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18    A.    ▓▓▓▓▓▓▓▓

19    Q.    During this time period, the January --

20  actually, I guess February/March time period, were you

21  having conversations with Margaret, or Pegge Humphrey?

22    A.    Yes, I was.

23    Q.    Can you tell me what kinds of conversations you

24  were having with her that you remember?

61

1    A.    One of the conversations she told me they

2  wouldn't go on supporting me, that they were going to try

3  to find a place to place me.  Let me see what else.  I

4  was talking to her and talking about the short-term

5  disability, and she said that long-term disability didn't

6  kick in until you were out six months.  And I said, "I

7  pay for long-term disability," and I said, "You people

8  are the reason that I'm like this," and I said, "I can't

9  take the pressure."

10    Q.    But, in fact, what happened was that, once you

11  went out, you were on short-term disability?

12    A.    Yes.

13    Q.    Was that your full pay, at full pay?

14    A.    Yes.

15    Q.    That went for about six months?

16    A.    It was supposed to, but actually, she was

17  trying to get me to come back to work before.

18    Q.    Pegge was trying to get you to come back to

19  work?

20    A.    Yes.

21    Q.    But when the short-term disability coverage

22  benefit ended --

23    A.    She told me that my benefits, my short-term

24  disability, had exhausted and that's when I told her that

62

1  my long-term disability that I was paying for, why didn't

2  it kick in.  And I actually had to call the Cole House to

3  talk to one of the nurses from Health Services there, and

4  she's the one that told me that, once your short-term is

5  up after 26 weeks, your long-term kicks in.

6      Q.    Right.  So you have six months of short-term

7  disability and then when that's done, then your long-term

8  disability --

9      A.    Long-term.

10     Q.    That's what happened with you?

11     A.    Yes.

12     Q.    Your long-term disability benefit, was that at

13 full pay, also?

14     A.    Yes.

15     Q.    How long did that continue?  Was that a

16 two-year period?

17     A.    I think it exhausted in July of 2005.

18     Q.    So that's about two years?

19     A.    Uh-huh.

20     Q.    July 2003 or beginning of August 2003 through

21 end of July 2005?

22     A.    Yes.  I believe that that's what it was.

23 Actually, it might have been -- let me clarify that.  It

24 might have been September because they sent me a letter

65



1    A.   Yes.

2    Q.

3    A.   Yes.

4    Q.

5    A.            Trying to think.

6

7

8

9

10    A.   Yes.

11    Q.

12

13

14    A.   Yes.

15                             Yes.

16    Q.

17    A.   No, I don't believe so.

18

19    Q.

20    A.   Yes.

21    Q.

22    A.

23

24

Janet Leigh Franklin

69

1    Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3    A.    Right.

4    Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6    A.    Right.

7    Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8    A.    Yes.

9    Q.    Do you think that you were able to work at that

10   time?

11   A.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12   ▓▓▓▓▓▓▓ no.

13   Q.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14   A.    Yes.

15   Q.    The bulk of your notes in Exhibit 3,

16   Defendant's Exhibit 3, are describing your feelings, your

17   symptoms, and so on.

18   A.    Yes.

19   Q.    Why did you continue to keep this record, this

20   journal?

21   A.    For my own personal use.

22   Q.    Were you writing things in it as they were

23   happening?

24   A.    Yes.  I would write down the bad things so I

1    could tell ▓▓▓▓▓▓ what was going on because if I

2    didn't write it down, I would forget.

3        Q.    So you would take this with you when you went

4    to see Dr. ▓▓▓▓?

5        A.    No.  I would write it down, tell him that I was

6    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7    ▓▓▓▓▓▓▓▓

8        Q.    So you didn't take it along with you?

9        A.    No.

10       Q.    Did you take it along when you went to see

11   ▓▓▓▓▓▓▓?

12       A.    No, I did not.

13       Q.    You continue to see ▓▓▓▓▓▓▓▓ and

14   ▓▓▓▓▓   In fact, you still see them now?

15       A.    Today, yes.

16       Q.    Did you have to fill out any forms to get

17   long-term disability benefits?

18       A.    Yes, I did.

19       Q.    Where did you get the forms for that?

20       A.    They sent them to me.

21       Q.    In the mail?

22       A.    Yes.  Is that my whole folder?

23       Q.    What?

24       A.    All that.

96

1    Q.    March the 3rd, '03.

2          So these are some of the forms that your

3    doctor provided to MBNA, correct?

4    A.    Yes.

5    Q.    The one that's dated April 3rd says, "Patient

6    is unable to work in same work environment"?  Do you see

7    that?

8    A.    Uh-huh.

9    Q.    Did he show you or did he give you copies of

10   these forms?

11   A.    No.  No.  Anything that I got from MBNA to give

12   to him he had faxed them.

13   Q.    You didn't have copies?

14   A.    I didn't receive copies, no.

15   

16   

17   

18   A.    Yes.

19   Q.    At some point you applied for Social Security

20   disability benefits.

21   A.    Yes.

22   Q.    When did you do that?

23   A.    I got my paper right here.  I became disabled

24   January the 31st, 2003.

1    Q.    You're looking at?

2    A.    My disability insurance paper.

3    Q.    This letter?

4    A.    No.  I don't think.  Maybe it is.  Yes.

5          MS. CHEEK:  Let's mark that as an exhibit.

6          (Defendant's Deposition Exhibit No. 13 was

7    marked for identification.)

8          THE WITNESS:  I forgot to tell you that

9    when I signed the release forms, that I also had to see

10   Social Security's ▬▬▬▬▬ for an evaluation.  Before

11   I was able to get Social Security.

12   BY MS. CHEEK:

13   Q.    When did you see that ▬▬▬▬▬?

14   A.    Oh, my God.  Let me see.

15   Q.    Was it in 2003?

16   A.    Yes.

17   Q.    Was that somewhere local that you went to see

18   that doctor?

19   A.    Where did I go and see her at?  It was around

20   Christiana.  They set the date and the place and I had to

21   be there.  I'm not for sure if it was -- what's that

22   building behind Christiana Hilton?  That little office

23   complex there.

24   Q.    Do you know whether it was a ▬▬▬▬▬ or a

98

1

2      A.      ▬▬▬▬▬▬▬▬▬▬▬▬

3      Q.      It was a woman?

4      A.      Yes.

5      Q.      Do you remember her name?

6      A.      No, I do not.  I'm sorry.

7      Q.      Did you fill out papers in order to apply for

8  Social Security disability?

9      A.      Yes, I did.

10      Q.      Do you still have copies of the papers?

11      A.      Yes, I believe I do, at home.  Probably not the

12  application because I believe the woman did the

13  application online, but I have all the paperwork that I

14  had to give them.

15      Q.      When you say the woman did it online, what

16  woman do you mean?

17      A.      At the Social Security Administration.

18      Q.      So you went to a Social Security Administration

19  office?

20      A.      Yes.

21      Q.      Where was that?

22      A.      Right there on Commons Boulevard where the

23  Social Security building is.

24      Q.      Did you have to sign anything, any documents?



Janet Leigh Franklin

99

1    A.    Yes, I did.

2    Q.    But she didn't give you a copy?

3    A.    No, I don't believe so.  That's been too far to

4 remember.

5    Q.    Exhibit 13, it's Bates numbered P00036, this is

6 a letter that you received or at least part of the letter

7 that you received.  It says, "See next page," but you

8 don't have any next page.  But this is the letter?

9    A.    Uh-huh.

10    Q.    Yes?

11    A.    Yes.  I'm sorry.

12    Q.    This says that your monthly amount is $1,054?

13    A.    Yes.

14    Q.    Is that still the amount that you're receiving?

15    A.    No.

16    Q.    How much are you receiving?

17    A.    Now I get $1,082.  That's before my

18 prescription plan is taken out.

19    Q.    How much is the prescription?

20    A.    It's $53 and some odd cents.  I'm not for sure

21 about the cents.

22    Q.    Does that prescription have a copay or does it

23 just cover the whole prescription cost?

24    A.    I have a copay.

106

1  accident.

2      Q.     Did you and Dr. ▓▓▓▓ discuss what he was going

3  to put down on the form?

4      A.     No.  I just gave him -- I just faxed him the

5  form and let him fill it out.

6      Q.     Did he ever tell you that he was putting on

7  here that you were permanently disabled?

8      A.     No, he didn't.

9      Q.     Has he ever told you that he believes that you

10 are totally disabled, permanently disabled?

11     A.     Yes, he has now.

12     Q.     He tells you that you're totally permanently

13 unable to work?

14     A.     Yes.

15     Q.     Do you agree with that?

16     A.     Yes, I do. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17 ▓▓▓▓▓▓▓

18     Q.     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19     A.     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20              (Defendant's Deposition Exhibit No. 17 was

21 marked for identification.)

22 BY MS. CHEEK:

23     Q.     Let's talk a little bit more about that.  When

24 did you have this conversation with him?



Janet Leigh Franklin

108

1  America?

2      A.    Yes.

3      Q.    Does he think it's a bad idea for you to work

4  anywhere?

5      A.    No, he doesn't.

6      Q.    Does he think you're able?  What's your

7  understanding of his views on your ability to work?

8  Because you're not working, correct?

9      A.    No, not right now.

10     Q.    What does he think about your ability to work?

11     A.    Of what I have told him, that eventually I do

12  want to go back to work, but I want to make sure that I'm

13  well enough to where I can go back to work.

14     Q.    Do you feel at present that you're well enough

15  to go back to work?

16     A.    No.  I called Social Security's rehabilitation

17  and hoping to get into some kind of retraining and I was

18  talking to the guy.  He was asking me some questions and

19  I was being honest with him and ████████████████████████

20  ████████████████████    And I was telling him -- I wanted to

21  be upfront.  ████████████████████████████████████

22  ██████████and I was wanting to get into some kind of

23  training.  And he said that with my ████████████████████

24  and me taking medication, that at this point he didn't

109

1  feel that I could get into rehab for any kind of

2  training.

3      Q.  ████████████████████████████████████

4  ████████████████████████████████████████

5      A.    Yes.

6      Q.  ████████████████████████████████████

7  ████████████████████████████████████████

8      A.    Yes.

9      Q.  ████████████████████████████████

10 ████████████

11     A.    No.

12     Q.    When was the conversation you had with the

13 Social Security Administration rehab guy?

14     A.    I'll have to look at my paperwork because I

15 have it -- I believe I have it on there.  I just have to

16 find it.  I know I have it on here.

17     Q.    Are you looking at Exhibit 3?

18     A.    Yes.

19     Q.    So it was at some point in 2003 that you spoke

20 to someone?

21     A.    Yes.

22     Q.    Have you spoken to anyone recently, though?

23     A.    No.  I look in the papers to see if there's

24 some kind of training that I can get into, but I don't

Janet Leigh Franklin

115

1           (Defendant's Deposition Exhibit No. 23 was

2    marked for identification.)

3    BY MS. CHEEK:

4       Q.    Exhibit 23 is MBNA's answer to the complaint.

5    Have you seen that document before?

6       A.    No.

7       Q.    You can look at all of it.  That last bit

8    wouldn't have been mailed to you.  So no, you didn't

9    receive that?

10      A.    Oh, yes, I did.  Now I remember.

11           (Defendant's Deposition Exhibit No. 24 was

12   marked for identification.)

13   BY MS. CHEEK:

14      Q.    Exhibit 24 is a letter dated September 12,

15   2005, to you from Tamika Sainten or Sainten --

16      A.    Tamika Sainten, I think.

17      Q.    -- at MBNA.  Did you receive a copy of this

18   letter?

19      A.    Yes, I did.

20      Q.    This is talking to you about your employment

21   status with MBNA, correct?

22      A.    Uh-huh.

23      Q.    Had you filed an appeal from the ending of your

24   long-term disability benefits?



1    A.    I don't believe so.

2    Q.    So it says here that if you're interested in

3  final employment, you may apply for reemployment after

4  you obtain a medical release.  But you haven't done that,

5  correct?

6    A.    No.

7    Q.    During the course of the investigation into

8  your discrimination charge, did the Department of Labor

9  give you any documents from MBNA?  For example, did they

10  give you a copy of the position statement or did they

11  give you a copy of any of the documents that were

12  attached to MBNA's position statement?

13    A.    I'm not sure I understand what you're saying.

14  When I went in and talked to the girl on April the 1st,

15  she wrote up the charge and just answers that I had given

16  her and that's all I got.

17    Q.    She gave you a copy of that, of your charge?

18    A.    Yes.

19    Q.    But she didn't give you any papers after that,

20  like she didn't say to you here's something that MBNA has

21  given us, please respond?

22    A.    I can't recall right offhand.  But let me look

23  through these and see.

24              (Defendant's Deposition Exhibit Nos. 25 and



Janet Leigh Franklin

121

1    a decision based upon the information that I gave them.

2        Q.    At the point in time when you applied for

3    Social Security disability benefits, did you view

4    yourself as completely unable to work?

5        A.    Yes, I did.

6        Q.    Did you talk to Dr. ▮▮▮▮▮ about whether you

7    were completely unable to work in connection with that

8    application?

9        A.    When he told me that I was permanently

10   disabled, I thought that that's what it meant, personally

11   disabled at that time and place.

12       Q.    When did he tell you that?

13       A.    Oh, God.

14       Q.    Was this before you filed for Social Security

15   disability?

16       A.    Yes, because otherwise I wouldn't have applied.

17       Q.    Did you have any discussions with ▮▮▮▮▮▮▮▮

18   about your disability status?

19       A.    No.  We had talked, but I went in one day and

20   told her that I had applied for Social Security

21   disability, but at the time I didn't know the outcome.

22       Q.    What did she say?

23       A.    She just said that that was good.

24       Q.    She didn't try to talk you out of it?

Janet Leigh Franklin

122

1    A.    No.

2    Q.    So I take it that you did not hire an attorney

3  to help you with your application.

4    A.    I tried to and no one wanted to take it because

5  I didn't have 10 or 15 thousand dollars to put upfront,

6  and that's what they were asking.  They have to have a

7  job.  They're out to make money, too.

8    Q.    We already talked about your application having

9  been granted, correct?

10   A.    Yes.

11   Q.    How much you're getting and all that.

12   A.    Right.

13   Q.    What's the current status of your claim?  Are

14  they telling you they're going to review it in a certain

15  period of time or you haven't gotten any kind of --

16   A.    They said that they would review it within five

17  to seven years.  But I'm hoping to get into some kind of

18  training to where I can go back to work.

19   Q.    Have you contacted any agencies about that, any

20  agencies that could help you get back to work?

21   A.    Just that one guy from rehab.

22   Q.    From the Social Security Administration?

23   A.    Yes.  That said that right now with me being

24  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ that he couldn't put me in rehab



Janet Leigh Franklin

126

1  lopsided, I mean sideways.  I'm unbalanced.

2      Q.    Affects your balance?

3      A.    Yes.  I fell down the steps Sunday.  I fell

4  down the steps.

5      Q.    This past Sunday?

6      A.    Yes.

7      Q.    Have you fallen before?

8      A.    Yes, I have.  Probably five or six times.

9      Q.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

10     ▬▬▬▬

11     A.    No.  I've overmedicated myself.

12     Q.    But that's something different.

13     A.    Yes.

14     Q.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

15     A.    Yes.

16     Q.    ▬▬▬▬▬▬▬▬▬▬▬▬▬

17     A.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

18     ▬▬▬▬▬▬▬

19     Q.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

20     A.    ▬▬▬▬▬▬▬▬▬▬▬▬

21     Q.    ▬▬▬▬▬▬▬▬▬▬▬▬▬

22     A.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

23     ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

24     ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Janet Leigh Franklin

129

1    A.    No, it does not.  It did when I first started

2  taking it 11 years ago.

3    Q.    Is there any other medication that you take

4  that we haven't talked about?

5    A.    I just take vitamins.

6    Q.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

7    A.    No.  When was that prescribed?

8    Q.    February of this year.

9    A.    No.  He must have changed it because -- is that

10  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

11  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

12  ▬▬▬▬▬▬▬▬▬▬▬▬▬

13  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

14  ▬▬▬▬▬

15    Q.    When you're taking your medication, do you have

16  any problems with your ability to perform manual tasks,

17  meaning doing things with your hands?

18  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

19  ▬▬▬▬▬▬▬▬

20    Q.    But you're still able to do things with your

21  hands, like, I don't know, tonight wash dishes or weed

22  your garden?

23    A.    I don't wash dishes.  ▬▬▬▬▬▬▬▬▬▬

24  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Janet Leigh Franklin

130

1  ladders, I can't use any electric tools, I can't cut the

2  grass.

3      Q.  ████████████████████████████████████████████████

4  ████████?

5      A.   Yes.

6      Q.   As far as walking, your ability to walk goes,

7  you can still get around?

8      A.   Yes.  ████████████████████████████████████████

9  ████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████

12     Q.   Did you hurt yourself?

13     A.   Yes.  I held onto the railing, the rung of the

14 railing, and pulled a muscle and hurt it here, and when I

15 hit the step, I have a bruise all the way across my back

16 from falling.  I fell all the way down the stairs.

17     Q.   But other than occasionally losing your

18 balance, you don't have problems with walking; is that

19 correct?

20     A.   Yes, that's correct.

21     Q.   Does your medication affect your ability to

22 see?

23 ████████████████████████████████████████████████████████

24 ████████████████████████

Janet Leigh Franklin

131



```
1    Q.    ████████████████████████████████████████

2    A.    ████████████████████████████████████████

3    ████████████████████████████████████████████

4    ████████████████████████████████████

5    Q.    ████████████████████

6    A.    ████████████

7    Q.    ██████████████████████████████

8    A.    ██████████

9    Q.    ████████████████        ████████████

10   A.    Yes, I did.

11   Q.    How did you manage that?

12   A.    ████████████████████████████████████████

13   ████████████████████████████████████████████

14   ████████████████████████        It depends.

15   Q.    ████████████████████████████████

16   A.    ████████████

17   Q.    ████████████████████████████████████████

18   ████████████████████████████

19   A.    No.

20   Q.    ████████████████████████████████████████

21   ████████████████████████████████

22   A.    No, I do not.

23   Q.    ████████████████████████████████████████

24   ████████████████████████████████
```