1  Q. You would go in the refrigerator and get
2  something out?
3  A. Yes. Because I have left stuff on the stove
4  before.
5  Q. You mean you have left the stove on with food.
6  Has anything caught on fire?
7  A. No. One day I was on my way to the doctor's
8  office and I left my curling iron hooked up and I had to
9  call my sister and my son's future father-in-law to go --
10 one of them to go and turn my curling iron off so it
11 wouldn't burn my house down because I had forgotten.
12  Q. Do you have any problems shopping for food? Do
13 you go food shopping?
14  A. Yes, I do.
15  Q. You can handle that okay?
16  A. If I write it down, I know what I'm going for.
17  Q. Do you have any problems with performing any
18 household chores?
19  A. No, I don't.
20  Q. We already talked about your ability to drive.
21 You're somewhat limited with your ability to drive
22 because of the medication side effects. That's generally
23 until 9:00 or 10:00 in the morning?
24  A. Yes.

On Friday 9/13/02 I was standing @ Joanne ___ cubicle talking to her. Out of the clear blue sky Richards said to me you "son of a bitch, and you Mother fuckers," In response I said your "mama." I also said the bigger they are the harder they fall. Debbie said your mom is probably in heaven raising hell over you. My response was she's in heaven resting in peace.



# Social Security Administration
# Retirement, Survivors and Disability Insurance
## Notice of Award


DEPOSITION EXHIBIT
DX-13
KAH 5/18/04

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: October 24, 2003
Claim Number: 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HA

1020 MCS,PC2.1,PH,T024,058,153
JANET L FRANKLIN
827 SABINA CIRCLE
BEAR, DE 19701-2517

080002425 02 MB   0.534

You are entitled to monthly disability benefits beginning July 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on January 31, 2003.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is July 2003.

**What We Will Pay And When**

- You will receive $1,054.00 for October 2003 around November 26, 2003.

- After that you will receive $1,054.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

**Other Government Payments Affect Benefits**

We are withholding your Social Security benefits for July 2003 through September 2003. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. When we decide whether or not we will have to reduce your Social Security benefits, we will send you another letter. We will pay you any Social Security benefits you are due for this period.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                                         See Next Page



DEPOSITION EXHIBIT DX-24 KAH 5/18/06



MBNA America Bank. N.A.
Wilmington, Delaware 19884

(302) 453-9930
www.mbna.com

September 12, 2005

Janet Franklin
827 Sabina Circle
Bear, DE 19701

Dear Ms. Franklin:

I am writing to advise you of your current employment status with MBNA. Our records indicate that your long-term disability (LTD) appeal was denied on 8/12/05. Additionally, you have been away from work since 2/1/03. In accordance with MBNA's LTD and job security policies, job security is based on the cumulative time away from work in a rolling 12-month period. This time is measured from the first day of absence.

Because your appeal has been denied and you have been away from work for more than 12 months, your employment rights have ended effective 9/12/05. If you are interested in future employment with MBNA, you may apply for re-employment after you obtain a medical release.

You will have the option to continue medical, dental and vision coverage under COBRA and you may convert you life insurance through a conversion policy. A notice outlining your COBRA rights will be sent to you.

Your rights to appeal the LTD carrier's decision are not related to your continued MBNA employment. You may have appeal rights even though your MBNA employment has ended. For information pertaining to your appeal rights with the carrier, please refer to the information provided to you by the LTD carrier.

Sincerely,

Tamika Sainten
Senior Personnel Manager

```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN,            )
                                 )
              Plaintiff,         )
                                 )  Civil Action
                                 )  No. 04-1513 GMS
v.                               )
                                 )
                                 )
MBNA CORP.                       )
                                 )
              Defendant.         )
```

Deposition of ███████████ D., taken pursuant to notice at the offices of Dr. ███████ ███████████████, Newark, Delaware, beginning at 2:15 p.m., on Friday, June 16, 2006, before Terry Barbano Burke, RMR-CRR and Notary Public.

APPEARANCES:

    TERESA A. CHEEK, ESQUIRE
    Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building, 17th Floor
      100 West Street
      P.O. Box 391
      Wilmington, Delaware  19801
      For the Defendant



WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477
www.wilfet.com

WILCOX & FETZER LTD.
Registered Professional Reporters

A56

ORIGINAL

```
 1   identification.)
 2   BY MS. CHEEK:
 3       Q.    Dr. ████, I am handing you documents that
 4   were marked ████-1 and ████-2.  Are these copies of
 5   the documents that you have in your file?
 6       A.    Some of it, yes.
 7       Q.    The two documents that you just handed me, are
 8   those copies, the documents I just handed you, are they
 9   copies of what you just handed me?
10       A.    Yes.
11       Q.    Or is there something missing?
12       A.    Something missing.
13       Q.    What's missing?
14       A.    Let me show you.
15                     I also have ████████████████████
16   ████████████████
17       Q.    ██████████████████████████ three pages
18   each.  One of them -- the same date says the ████████
19   ████████████████████████████████████████████████████
20   ████████████████████████████████████████████████████
21                     I will give you those back for now.
22       Q.    What else do you have?
23       A.    Also I have my office notes.
24       Q.    Are those generally handwritten notes?
```

```
 1      A.   Yes.
 2           MS. CHEEK: ▒▒▒-3.
 3           (▒▒▒-3 was marked for identification.)
 4  BY MS. CHEEK:
 5      Q.   Dr. ▒▒▒, I'm handing you exhibit ▒▒▒-3,
 6  and I will ask you to look through that and tell me if
 7  that's a correct copy of your office notes for Janet
 8  Franklin?
 9      A.   Yes, except you don't have my last note dated
10  6-1-06.
11      Q.   What else do you have?
12      A.   Administrative paperwork.
13           MS. CHEEK: ▒▒▒-4.
14           (▒▒▒-4 was marked for identification.)
15  BY MS. CHEEK:
16      Q.   Do you mind if I look through it to see if
17  there is anything I don't recognize in there?
18      A.   Sure.
19           (Pause.)
20  BY MS. CHEEK:
21      Q.   ▒▒▒-4, do you recognize that as an item from
22  your file?
23      A.   Yes.
24      Q.   That is a list of visits that Janet Franklin
```

```
 1  made to you?
 2      A.   Correct.
 3      Q.   I think what I would like to ask you to do at
 4  this point is to read for us your handwritten notes,
 5  which I can only read to some limited extent.
 6      A.   I understand.  I'm sorry.
 7      Q.   These are in ▓▓▓ Exhibit 3?
 8      A.   3-31-03?
 9      Q.   Yes, 3-31-03.
10      A.   "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
12  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓."
13           Next line, "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18  ▓▓▓▓▓▓."
19      Q.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20      A.   Uh-huh.
21           And then "Treatment, ▓▓▓▓▓▓▓▓▓▓▓▓,
22  one in the morning. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23  ▓▓▓▓▓▓, one in the morning.
24                         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, one
```

```
 1   at HS, bedtime.
 2                                              one three times
 3   a day.
 4   Appointment with the Labor Relations Board tomorrow.
 5
 6        Q.
 7        A.
 8                   "Next appointment two weeks."
 9                   On the side it says, "Peggy Humphrey,
10   letter fax."  She was I think nurse at MBNA.
11
12
13
14        Q.   Let's talk about these notes for a little bit.
15                   At this point, had you already been
16   seeing and treating Janet Franklin?
17        A.   Yes.
18        Q.   When did you first treat her?
19        A.   February 1st
20        Q.   So she was hospitalized at that point?
21        A.   Right.
22        Q.   So this document         Exhibit 1 --
23        A.   Yes.
24        Q.   -- that was your discharge summary for that
```

1  first hospitalization?
2      A.     Correct.
3      Q.     I wonder if you could tell me about the
4  diagnoses that she had at that point?
5      A.     At that time, her diagnosis was ████
6  ████████████████████████████████████████████
7           ████████████████
8           ████████████████████████████████████
9           ██████████████████████████████████████
10          ████████████████████
11     Q.   ████████████████████████████
12     A.   ██████████████████
13     Q.   ██████████████████████████████████
14                    ██████████████████████████
15 ◄
16 ◄
17
18 T
19 s
20 i
21
22 (
23 :
24

Pages A62 – A101 are redacted in their entirety.

```
 1   mentioned before in one of my notes, [redacted]
 2   [redacted]                                    So I think that
 3   working at MBNA is out of question at this time.
 4       Q.    Did you ever have any conversations with
 5   anyone at MBNA about Janet Franklin?
 6       A.    Pardon me?
 7       Q.    Did you ever have any conversations with
 8   anyone at MBNA about Janet Franklin?  For example, with
 9   Peggy Humphrey?
10       A.    Yes.  I am sure I had it, but usually those
11   conversations are kind of limited to what her symptoms
12   are, how she is doing, whether she's able to return to
13   work or not.
14             So many times when I write a note about
15   leave of absence or medical leave, sometimes you get a
16   phone call, you know, from someone at MBNA.
17       Q.    Are you aware that Miss Franklin is currently
18   on Social Security disability income?
19       A.    Yes.
20       Q.    And did you do any kind of certification for
21   her for that?
22       A.    I usually don't do certifications.  What
23   happens, that they will ask for my records.  So I copy
24   it and send it to them and then they make the decision.
```

1  Q. Dr. ████, I am going to hand these documents
2  to you. They have been marked Exhibit ████-5 through
3  Exhibit ████-20, and I'd like you to just identify
4  each one of them for me.
5           So ████-5 is?
6  A. A copy of disability form filled out on
7  2-17-05.
8  Q. Is your signature on there?
9  A. It's my signature.
10 Q. That's a form for Janet Franklin?
11 A. Right.
12 Q. Is that from your file? That's from your
13 file?
14 A. Yes. No, this is your copy.
15 Q. The original was in your file?
16 A. Yes.
17           No. 6 is a letter I wrote to Superior
18 Court to excuse her from jury duty.
19 Q. And that was in your file as well?
20 A. Right.
21           This document, No. 7, is medical leave
22 document for MBNA signed by me, from my file.
23 Q. Okay.
24 A. No. 8, again the document for certificate of

1   disability for MBNA with my signature from my file.
2       Q.   Okay.
3       A.   No. 9, again, certificate of disability for
4   MBNA from my file with my signature.
5       Q.   Thank you.
6       A.   No. 10, fax, this is a fax from MBNA asking to
7   complete the form for Janet Franklin.
8       Q.   The one from Peggy Humphrey?
9       A.   Yes.  This is from Peggy Humphrey.
10      Q.   Okay.
11      A.   No. 11, certificate of disability for MBNA
12  with my signature from my file.
13           No. 12, certificate of disability from
14  MBNA with my signature from my file.
15           No. 13, a fax from Janet to me asking me
16  to fill out the papers for known discharge application,
17  total and permanent disability form, which is about
18  four pages and signed by me from my file.
19      Q.   Thank you.
20      A.   No. 14 is discharge application total
21  impairment disability form signed by me from my file.
22           No. 15, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23  profile of Janet Franklin from my file.  Four pages.
24      Q.   Is that dated, that document?

```
1    A.    Right.
2              This is a copy of the ███████
3    ████████████████████████████████████████
4    Q.    That's No.?
5    A.    17.  That is from my file.
6    ████████████████████████████████████████
7    ████████████████████████████████████████
8    Franklin, No. 18 from my file.
9              No. 19 is the form we fill out for the
10   Blue Cross ████████████████████████████
11   patient.  That is from my file.  It doesn't have my
12   signature.  It doesn't require one.
13             No. 20 is again similar kind of form for
14   Blue Cross we fill out from my file.
15   Q.    Great.
16             Let me ask you about yourself a little
17   bit.
18   A.    Okay.
19   Q.    Can you tell me what your occupation is and
20   your qualifications?
21   A.    ████████████████████████████████
22   Delaware, Newark/Wilmington area since 1978.  I am in
23   the private practice since then.
24             Also I'm affiliated with, in the past,
```

```
 1   with different hospitals like Wilmington Hospital,
 2   St. Francis, ████████████████████████████████████
 3   ████████
 4              For 15 years I was a medical director at
 5   ████████████████ which I resign I think about four
 6   years ago.  But two years in between I was associate
 7   medical director for, in charge of 13 hospitals on the
 8   East Coast for Charter -- C-H-A-R-T-E-R -- Corporation.
 9              Patient practice involves hospital, as
10   well as office practice, and what else do you like to
11   know?
12       Q.    Are you Board certified?
13       A.    I'm Board eligible.
14       Q.    Board eligible?
15       A.    (Witness nods.)
16       Q.    You have an MD?
17       A.    I'm MD.
18       Q.    Where did you get your MD?
19       A.    I got my MD from Medical College Boroda,
20   India.  And I did my residency ████████████ first at
21   University of Chicago for first year and next two years
22   at University of Illinois in Chicago.  Then I worked at
23   Cook County Hospital and then I started my practice in
24   Delaware.
```

Pages A107 – A131 are redacted in their entirety.

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, I electronically filed a true and correct copy of the foregoing Appendix to Defendant MBNA's Opening Brief in Support of Its Motion for Summary Judgment – Redacted and this Certificate of Service with the Clerk of the Court using CM/ECF.

I further certify that on August 2, 2006, I served the foregoing Appendix to Defendant MBNA's Opening Brief in Support of Its Motion for Summary Judgment - Redacted and this Certificate of Service on the following non-registered participant in the manner indicated below:

> Janet L. Franklin, *Pro se* (First Class Mail)
> 2199 Biggs Highway
> Rising Sun, MD  21911

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ Teresa A. Cheek
> Teresa A. Cheek, Bar I.D. No. 2657
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE 19801
> Telephone: (302) 571-6676
> Facsimile: (302) 576-3286
> tchee@ycst.com
> Attorneys for Defendant

Dated: August 2, 2006