IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| **JANET LEIGH FRANKLIN,** | C.A. No. 04-1513 GMS |
| Plaintiff, | |
| MBNA CORP, | |
| Defendant, | |

<u>ASKING FOR AN EXTENSION OF TIME</u>

YOUNG CONAWAY STARGATT & TAYLOR, LLF

/s/ Teresa A. Cheek Teresa A. Cheek (Bar ID. No. 2657) The Brandywine Building, 17th Floor 1000 West Street P.O. Box 391 Wilmington, DEl 9801 Telephone: (302) 571-6676 Facsimile: (302) 576-3286 Email: tchee@ycst.com Attorneys for Defendant

Dated: August 8, 2006



FILED
AUG - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN,

    Plaintiff,

MBNA CORP,

    Defendant.

August 8, 2006

C.A. No. 04-1513 CMS

## CERTIFICATE OF SERVICE

I, Janet L. Franklin, (Pro se) hereby certify that on August 8, 2006, I filed 2 correct copies of the foregoing Extension of Time To The Court and The Defendant's Attorney. Due to me having surgery on August 9, 2006. I am asking for 2 weeks which will be August 22, 2006. My Answering Brief / Response.

I will further certify that on August 8, 2006, I sent to the Court and the Defendant MBNA's Attorney this Certificate of Service:

YOUNG CONAWAY STARGATT & TAYLOR, LLF

/s/ Teresa A. Cheek
Teresa A. Cheek, Bar I.D. No. 2657
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DEl 9801
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
tchee@ycst.com
Attorneys for Defendant

JANET L. FRANKLIN
2199 BIGGS HWY.
RISING SUN, MD. 21911

WILMINGTON DE 197
08 AUG 2006 PM 3 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570