OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 9, 2006

TO: Janet L. Franklin
    2199 Biggs Hwy.
    Rising Sun, MD 21911
    410-658-6843

RE: Motion for Extension of time; Civ. No. 04-1513.

Dear Ms. Franklin:

Papers have been received by this office for filing in the above matter which do **not** conform to: the District of Delaware Local Rules of Civil Practice and Procedure, 5.1.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing they **must be signed by you.**

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet; Civ. No. 04-1513 GMS