# Young Conaway Stargatt & Taylor, LLP

| | THE BRANDYWINE BUILDING | |
| --- | --- | --- |
| TERESA A. CHEEK | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: (302) 571-6676 | WILMINGTON, DELAWARE  19801 | (302) 571-1253 FAX |
| DIRECT FAX:    (302) 576-3286 | | (800) 253-2234 (DE ONLY) |
| tcheek@ycst.com | P.O. BOX 391 | www.youngconaway.com |
| | WILMINGTON, DELAWARE 19899-0391 | |

August 10, 2006

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

   Re: Franklin v. MBNA,
      C.A. No. 04-1513-GMS

Dear Judge Sleet:

  I write with respect to Ms. Franklin's request for an extension of time for her response to Defendant's motion for summary judgment. The Court has already ordered (D.I. 32) that Ms. Franklin's answering brief is not due until August 28, 2006. Her request is moot.

            Respectfully yours,

            /s/ *Teresa A. Cheek*

            Teresa A. Cheek
            Del. Bar No. 2657

cc: Janet L. Franklin (via certified mail)
   Clerk of the Court (via CM/ECF)