JANET LEIGH FRANKLIN,    August 8, 2006

    Plaintiff,

                                   C.A. No. 04-1513 CMS

MBNA CORP,

    Defendant.

### CERTIFICATE OF SERVICE

    I, Janet L. Franklin, (Pro se) hereby certify that on August 8, 2006, I filed 2 correct copies of the foregoing Extension of Time To The Court and The Defendant's Attorney. Due to me having surgery on August 9, 2006. I am asking for 2 weeks which will be August 22, 2006. My Answering Brief / Response.

    I will further certify that on August 8, 2006, I sent to the Court and the Defendant MBNA's Attorney this Certificate of Service: On August 12, 2006, The Plaintiff revised the Letter of Extension of Time to the Clerk of the Court and the Defendants' Attorney.

Sincerely Yours;

*Janet L. Franklin*

Janet L. Franklin
2199 Biggs Hwy.
Rising Sun, MD. 21911



FILED
AUG 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

**JANET LEIGH FRANKLIN,**                                     C.A. No. 04-1513 GMS

Plaintiff,

   MBNA CORP,

Defendant,

## ASKING FOR AN EXTENSION OF TIME

On August 12, 2006, The Plaintiff, revised the Certificate of Service with a signature for the Court and the Defendants' Attorney.

                                              Janet L. Franklin
                                              2199 Biggs Hwy.
                                              Rising Sun, MD. 21911

**Dated: August 8, 2006**

JANET L. FRANKLIN
199 BIGGS HWY.
RISING SUN, MD. 21911

BALTIMORE MD 212
14 AUG 2006 PM 5 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

U.S.M.S.
X-RAY

19801+3570