IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN,

    Plaintiff,

                              C.A.. NO. 04-1513 GMS

MBNA CORP,

    Defendant.

## MOTION FOR SUMMARY JUDGMENT



Dated: August 18, 2006

Janet L. Franklin
2199 BIGGS HWY
RISING SUN, MD. 21911
410-658-6843

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN,                      C.A. No. 04-1513GMS

    Plaintiff,

v.

MBNA CORP,

    Defendant.

## MOTION FOR SUMMARY JUDGMENT

Plaintiff (pro se), hereby moves for entry of an Order to grant Summary Judgment on all Counts in Plaintiff's Favor for the reasons more fully set forth in its Opening Brief, filed herewith.

                                              Janet L. Franklin
                                              2199 Biggs Hwy.
                                              Rising Sun, MD. 21911

Dated: August 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I served true and correct copies of the foregoing Motion for Summary Judgment and this Certificate of Service with the Clerk of the Court.

I further certify that on August 18, 2006, I served the foregoing Motion for Summary Judgment and this Certificate of Service to the Defendants' Attorney's.

                                 **Janet L. Franklin, Pro se (First Class Mail)**
                                 **2199 Biggs Highway**
                                 **Rising Sun, MD 21911**

**Dated: August 18, 2006**