IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN,

    Plaintiff,

                                          C.A.. NO. 04-1513 GMS

MBNA CORP,

    Defendant.

**EXHIBIT AND WITNESS LIST AND CERTIFICATE OF SERVICE**

**Dated: August 18, 2006**

                                                    Janet L. Franklin
                                                    2199 BIGGS HWY
                                                    RISING SUN, MD. 21911
                                                    410-658-6843

AO 187 (Delaware Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Janet L. Franklin
Plaintiff

v.

MBNA, Corp. Defendant

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1513 (GMS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gregory M. Sleet | Pro Se | Teresa A. Cheek |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| unknown | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/18 | Y | | (A.) MBNA Group Policy Life Insurance - Issued Feb. 1, 2004 |
| | | 8/18 | Y | | (B.) Allied Behavioral Health 5/8/03 - Conversation with Defendant's Human Resources Nurse - Pegge Humphrey |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 5 Pages

Exhibit A


BENEFITS

2004 JAN 22 PM 1:44

Michelle C Fernandez
Associate Disability Claims Examiner

The Prudential Insurance Company of America
Waiver of Premium
PO Box 482
Livingston, NJ 07039

January 08, 2004      #80689

Phone: (800) 524-0542 Ext: 7463
Fax: (973) 548-7530
Hours: Mon - Fri 8:30 am-4:35 pm

Janet Franklin
827 Sabina Ct
Bear, DE 19701

Claimant: Janet Franklin
Control No: 24923
Claim No: 10504672
Date of Birth: 08/25/1948

Dear Ms. Franklin:

We have completed our evaluation of your claim for the continuation of your Group Life Insurance under Group Policy G-24923, issued to MBNA Corporation, Inc.

We have approved your claim in the amount of $203,400.00, effective February 1, 2004 and premium payments may be discontinued as of that date. This insurance will be continued provided you remain totally disabled in accordance with the provisions of this Group Policy.

Periodically, we will request additional information to determine your eligibility for continued benefits. You have an obligation to submit proof of continued disability when requested by Prudential.

Based on the terms of this Group Policy, your Group Life Coverage will terminate on August 25, 2014, following attainment of age 65.

If you should have any questions regarding your claim, please contact us at the above address or call (800) 524-0542, extension 7463. Any correspondence should include the identifying information shown at the top of this letter.

Sincerely,

Michelle Fernandez

Michelle C Fernandez
Associate Disability Claims Examiner

cc:   Lisa Link
      MBNA Corporation Inc
      1100 King Street
      Wilmington, DE 19884-0233

Patient Name: Janet Franke

Id #: _____

# ALLIED BEHAVIORAL HEALTH

Exhibit B

| Date | Record progress of case, complications, change in diagnosis, condition on discharge, instructions/interventions to patient, patient response. |
|---|---|
| PC 5/8/03 | 1. As per clt info release contacted Peggy Humphrey — 2. nurse @ MBNA HR dept. Discussed clt tx attendance 3. & progress. Was informed clt cannot be placed in another 4. work setting @ MBNA — will be terminated from job who — *because* 5. *hasn't* put in place ment dept to search for other work *complaint* 6. options @ MBNA. Discussed consequences for clt. Received *didn't* 7. report that clt was also verbally abusive / inappropriate *fit in* 8. in work setting. Ms Humphrey to contact therapist PRN in future. — Sharon Fisher, MSS, LCSW |
| 5:00 pm 5/15/03 | (D) Clt stress constant. Informed clt of PC above w/ Peggy Humphrey — clt focused on worst possible scenario ie being helpless including SIs w/ plan. Generated ideas for problem solving, getting more info, advocating for self, getting a new job/income. Contracted for safety. Assisted clt in making phone calls to MBNA as above. (A) Clt still fragile ego strength but can be re-directed to focus on strengths & problem solving. (P) Clt to attend tx weekly. Clt to follow safety contract & f/u on options above for income & self on Tuesday. — Sharon Fisher, MSS, LCSW |
| 6:00 pm 5/22/03 | (D) Clt reports trying to contact Rich & Peggy @ HR to clarify what steps MBNA is taking w: clt's status as employee — has not yet gotten response back. Clt anxiety & ruminations still frequent & intense. Sleep ↓ - clt's 1st choice is to return to work in another dept. Discussed options for clt re: work and/or disability. Conducted EMDR re: "I'm out of control, not safe" vs "I'm safe & in control" re: MBNA and childhood issue. Able to ↓ negative cognition & ↑ positive to "I'm a cat. I always land on my feet." (A) Clt needs support to stop ANTS & replace w/ positive affirmation. (P) Whenever clt recognizes she's ruminating re: ANTs & clt will reframe to cat metaphor. — Sharon Fisher, MSS, LCSW |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANET LEIGH FRANKLIN, Plaintiff,

v.                                              C.A. No. 04-1513 CMS

MBNA CORP,    Defendant.

## NOTICE OF SERVICE

I hereby certify, that on August 18, 2006, two copies of the following where sent: Plaintiff's EXHIBIT AND WITNESS LIST which included Exhibits A, B. . To the Defendant's Attorney's and Clerk of the Court, via U.S. First Class Mail, postage prepaid by the following *pro se* person of record:

Sincerely Yours,

*Janet L. Franklin*

Dated: April 18, 2006

JANET LEIGH FRANKLIN
2199 BIGGS HWY.
RISING SUN, MD. 21911
410-658-6843