**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006, I electronically filed a true and correct copy of the foregoing Defendant's Reply Brief in Support of Defendant's Motion for Summary Judgment and this Certificate of Service with the Clerk of the Court using CM/ECF.

I further certify that on September 11, 2006, I served the foregoing Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment and this Certificate of Service on the following non-registered participant in the manner indicated below:

> Janet L. Franklin, *Pro se* (First Class Mail)
> 2199 Biggs Highway
> Rising Sun, MD  21911

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ *Teresa A. Cheek*
> Teresa A. Cheek, Del. Bar No. 2657
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE 19801
> Telephone: (302) 571-6676
> Facsimile: (302) 576-3286
> tchee@ycst.com
> Attorneys for Defendant

Dated:  September 11, 2006