IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANET L. FRANKLIN,

    Plaintiff,                                  04-1513(GMS)

Vs.

MBNA AMERICA

Defendant.



PLAINTIFF'S REQUEST SURREPLY BRIEF

PLAINTIFF, JANET L. FRANKLIN sent a "RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" on September 5, 2006. Not realizing that I didn't need to respond, on September 24, 2006 PLAINTIFF Responded again. Before the Court is Filing No. 74, the "Motion for Leave to File Surreply Briefs" filed by the Plaintiff. The Plaintiff requests permission to submit Responsive Briefs to the Defendant's Reply Briefs on the Defendant's Motion for Summary Judgment.

SINCERELY YOURS,

*Janet L. Franklin*

OCTOBER 8, 2006

JANET L. FRANKLIN
2199 BIGGS HWY.
RISING SUN, MD. 21911

WILMINGTON DE 197
10 OCT 2006 PM 3 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570