# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

JANET L. FRANKLIN

v.

MBNA AMERICA

DISTRICT COURT DOCKET NUMBER: 04-1513

DISTRICT COURT JUDGE: GMS

Notice is hereby given that **Janet L. Franklin** (Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order, [X] Other (specify) **Discrimation Lawsuit for Disability, Constitutional Rights (continued)**

entered in this action on **4/24/03** (date)

Dated: **4/11/07**

**none**   *Janet L. Franklin*
(Counsel for Appellant-Signature)

FILED APR 13 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned NO FEE

_____
(Name of Counsel - Typed)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

Teresa A. Cheek
Young Conaway Stargatt & Taylor, LLP
(Counsel for Appellee)
The Brandywine Bldg,
1000 W. Street, 17th Floor
(Address)
P.O. Box 391
Wilmington, DE, 19899-0391
(City, State Zip)
302-571-6676
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Retalition, termination, forced retirement, Whistle Blower.

Please understand I didn't have the disability before. The disability was caused when Debbie Richards and Tina Cordill harassed me at work.

Janet L. Franklin
2199 BIGGS Hwy.
Rising Sun, MD. 21911

BALTIMORE MD 212
11 APR 2007 PM 6 T

Office of the Clerk
United States District GMS-X
844 N. King Street Lockbox 18
Wilmington, DE. 19801-3570

19801+3570