

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF DELAWARE
#### OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

May 3, 2007

Ms. Janet L. Franklin
2199 Biggs Highway
Rising Sun, MD 21911

        RE:    Franklin v. MBNA
               Civil Action No. 04-1513 GMS
               Circuit Court No. 07-1247

Dear Ms. Franklin:

        The court is in receipt of the Transcript Purchase Order regarding the above-referenced appeal.  The form you submitted is not the correct one.  Enclosed with this letter is the correct form that you should complete and resubmit to the court.

        Thank you.

                        Sincerely,
                        PETER T. DALLEO, CLERK


                        Marie McDavid
                        Deputy Clerk