May 8, 2007

United States District Court
For the District of
Delaware
Office of the Clerk

Civil # 04-1513
Circuit # 07-1247

Dear Sir,
When I called last week. I spoke with a lady, she told me not to worry about the fees because they were taken care of earlier in the Civil Suit. I filled out a form and was excepted by the Court to have my fees paid for. If you have any questions please don't hestitate to call at 410-658-6843.

Sincerely Yours,
Janet L. Franklin

Bp scanned

Janet L. Franklin
2199 Biggs Hwy.
Rising Sun, MD. 21911



c/o Office of the Clerk
U.S. Courthouse
844 King Street, Lockbox 18
Wilmington, DE. 19801