OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 10, 2007

TO: Janet Leigh Franklin
    Janet L. Franklin, Pro se
    2199 Biggs Hwy.
    Rising Sun, MD 21911

   *RE:  Return of* TPO Forms; 04-1513(GMS)

Dear Ms. Franklin:

   This office received a letter from you along with your TPO. Please be advised that you are responsible for distributing the additional copies to the agencies listed on the bottom of the TPO. The District Court has kept Copy 6, per the instructions.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc:  The Honorable Gregory M. Sleet
enc: TPO