**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 7-2147</u>

Franklin

vs.

MBNA Corp

Janet Leigh Franklin, Appellant

(Delaware District Civil No. 04-cv-01513)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: November 21, 2007

cc:
    Janet Leigh Franklin
    Teresa A. Cheek, Esq.