OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

September 11, 2008

**Janet Leigh Franklin**
Janet L. Franklin, Pro se
2199 Biggs Hwy.
Rising Sun, MD 21911

RE:
**Franklin v. MBNA Corp.**
    Civ. No.: 04-1513 GMS

Dear Ms. Franklin:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Per the authority granted in the enclosed Order of the Court, the Clerk's Office is returning the following sealed document(s) **filed by you** in subject case, as identified in yellow on the attached partial docket sheet:

Docket Item(s) Number: 14, 25, and 70

The Clerk will **unseal** any unclaimed sealed documents, to include any documents returned as undeliverable due to outdated or insufficient mailing address.

**Please sign and return the enclosed acknowledgment of receipt to the Clerk of Court in the postage paid envelope provided.  There is nothing else that you need to do.**

In the event that you have questions regarding this matter, please contact me at the Clerk's Office, at 302-573-6170.

Sincerely,
By: /s/ Debra Z. Smith

Deputy Clerk

Enc. Order Directing Return of Sealed Documents
    Partial Docket Sheet
    Sealed Document(s) Identified Above
    Acknowledgment Form for Return to Clerk's Office
    Return Envelope to Clerk, U.S. District Court