CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01513-GMS
#### Internal Use Only

Franklin v. MBNA Corp.  
Assigned to: Judge Gregory M. Sleet  
Demand: $0  
Case in other court:  Third Circuit Court of Appeal, 07-02147  
Cause: 42:2003 Job Discrimination  

Date Filed: 12/13/2004  
Date Terminated: 03/30/2007  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Janet Leigh Franklin**   represented by   **Janet Leigh Franklin**  
Janet L. Franklin, Pro se  
2199 Biggs Hwy.  
Rising Sun, MD 21911  
410-658-6843  
PRO SE  

V.

**Defendant**

**MBNA Corp.**   represented by   **Adria Benner Martinelli**  
Young Conaway Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391  
(302) 571-6623  
Fax: (302) 576-3314  
Email: amartinelli@ycst.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Teresa A. Cheek**  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391  
(302) 571-6600  
Email: tcheek@ycst.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2004 | 1 | MOTION by Janet Leigh Franklin to Proceed in Forma Pauperis (mwm) (Entered: 12/13/2004) |
| 12/13/2004 | 2 | COMPLAINT filed (mwm) (Entered: 12/13/2004) |
| 12/17/2004 | 3 | Letter from Pltf requesting waiver of filing fee (dab) (Entered: 12/20/2004) |
| 12/22/2004 | 4 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 12/22/2004) |
| 01/10/2005 | 5 | ORDER granting [1-1] motion to Proceed in Forma Pauperis ( signed by Judge Gregory M. Sleet ) copies to: Plaintiff (mmm) (Entered: 01/10/2005) |
| | | |

| | | |
|---|---|---|
| 01/14/2005 | 6 | Letter to the Clerk from Janet Franklin regarding the number of copies that the Court informed the Plaintiff to file and the content of those documents (asw) (Entered: 01/20/2005) |
| 04/13/2005 | | Remark: The Plaintiff contacted the court on 4/13/05 by phone to change her telephone number. A letter was also submitted to the court. (asw ) (Entered: 08/04/2005) |
| 04/29/2005 | 7 | ORDER DISMISSING CASE without prejudice (copy to pltf.). Signed by Judge Gregory M. Sleet on 4/29/05. (mmm) (Entered: 04/29/2005) |
| 05/02/2005 | 8 | LETTER MOTION to Reopen Case - filed by Janet Leigh Franklin. (mmm) (Entered: 05/05/2005) |
| 05/13/2005 | 9 | Letter to Janet Leigh Franklin from Peter T. Dalleo, Clerk regarding Acknowledgment of Receipt of 285 form. Exit copies of the Complaint to USM for service of complaint upon Defendant. (asw ) (Entered: 05/13/2005) |
| 05/18/2005 | 10 | Return of Service Executed by Janet Leigh Franklin. MBNA Corp. served on 5/17/2005, answer due 6/6/2005. (mmm) (Entered: 05/19/2005) |
| 06/21/2005 | 11 | ORDER TO ANSWER. Notice of Compliance deadline set for 6/28/2005. Signed by Judge Gregory M. Sleet on 6/21/05. Copy sent to the pro se plaintiff.(mmm) (Entered: 06/21/2005) |
| 06/28/2005 | 12 | ANSWER to Complaint with Jury Demand by MBNA Corp..(Martinelli, Adria) (Entered: 06/28/2005) |
| 07/06/2005 | 17 | Letter to the Court from Sharon Fisher, MSS, LCSW (Mental Health Counselor) regarding Janet Franklin. (asw ) (Entered: 08/04/2005) |
| 07/08/2005 | 13 | LETTER MOTION to Appoint Counsel - filed by Janet Leigh Franklin. (mmm) (Entered: 07/08/2005) |
| 07/12/2005 | 14 | Letter to Judge Gregory M. Sleet from Janet L. Franklin regarding status of case. (Attachments: # ) (mmm) Modified on 7/20/2005 (mmm). Attachment deleted and docketed as a Sealed Document. (Entered: 07/13/2005) |
| 07/12/2005 | 15 | NOTICE from the Clerk to Janet Leigh Franklin re personal information. (mmm) (Entered: 07/13/2005) |
| 07/19/2005 | 16 | Letter MOTION to seal personal information contained in the attachments to D.I. 14 - filed by Janet Leigh Franklin. (mmm) (Entered: 07/20/2005) |
| 07/20/2005 | | SO ORDERED, re 16 MOTION to Seal filed by Janet Leigh Franklin . Signed by Judge Gregory M. Sleet on 7/20/05. (mmm) (Entered: 07/20/2005) |
| 07/20/2005 | | The following sealed document(s) will be retained in the Clerk's Office for safekeeping: Attachment to D.I. 14. (mmm) (Entered: 07/20/2005) |
| 08/17/2005 | 18 | Letter to Judge Sleet from Janet Franklin regarding the release of her medical records. (asw ) (Entered: 08/18/2005) |
| 08/23/2005 | 19 | Letter to the Honorable Gregory M. Sleet from Janet L. Franklin regarding requests for advice. (mmm) (Entered: 08/24/2005) |
| 08/24/2005 | 20 | DEFICIENCY NOTICE by the Court issued to Plaintiff Janet L. Franklin re 19 Letter. (mmm) (Entered: 08/24/2005) |
| 08/26/2005 | 21 | Witness List by Janet Leigh Franklin. (mmm) (Entered: 08/30/2005) |
| 09/30/2005 | 23 | Letter to Janet Franklin from Clerk of the Court regarding privacy concerns re 22 Letter. (mmm) (For D.I. 22, see redacted D.I. 25). (Entered: 09/30/2005) |
| 10/07/2005 | 24 | Letter MOTION to Seal D.I. 22 - filed by Janet Leigh Franklin. (mmm) (Entered: 10/13/2005) |
| 10/13/2005 | | SO ORDERED re 24 MOTION to Seal filed by Janet Leigh Franklin. Signed by Judge Gregory M. Sleet on 10/13/05. (mmm) (Entered: 10/13/2005) |
| 10/14/2005 | 25 | REDACTED letter submitted by the plaintiff, Janet Franklin, to Office of the Clerk. (mmm) Modified on 10/13/2005 (mmm). Additional attachment(s) added on 10/13/2005 (mmm, ). (Original document is SEALED and maintained in the Clerk's Office). (Entered: 09/30/2005) |
| 10/28/2005 | 26 | Exhibit List by Janet Leigh Franklin. (mmm) (Entered: 10/31/2005) |
| 11/30/2005 | 27 | Letter from Janet L. Franklin with attached Exhibit List. (mmm) (Entered: 12/01/2005) |

| | | |
|---|---|---|
| | | (Entered: 05/16/2006) |
| 05/18/2006 | 48 | Joint STIPULATION for Briefing Schedule re 38 MOTION for Summary Judgment by MBNA Corp.. (Cheek, Teresa) (Entered: 05/18/2006) |
| 05/18/2006 | | SO ORDERED, re 48 Stipulation filed by MBNA Corp. Set Briefing Schedule: re 38 MOTION for Summary Judgment. Answering Brief due 8/28/2006. Reply Brief due 9/11/2006. Ordered by Judge Gregory M. Sleet on 5/18/06. (asw ) (Entered: 05/19/2006) |
| 06/02/2006 | 49 | NOTICE OF SERVICE of Defendant's Responses to Plaintiff's First Set of Document Requests by MBNA Corp..(Cheek, Teresa) (Entered: 06/02/2006) |
| 06/05/2006 | 50 | NOTICE OF SERVICE by Janet Leigh Franklin.(mmm) (Entered: 06/06/2006) |
| 06/12/2006 | 51 | NOTICE to Take Deposition of Dr. Praful DeSai on Friday, June 16, 2006 at 2:00 p.m. by MBNA Corp..(Cheek, Teresa) (Entered: 06/12/2006) |
| 06/15/2006 | 52 | NOTICE OF SERVICE of Defendant's Answers to Plaintiff's First Set of Interrogatories by MBNA Corp..(Cheek, Teresa) (Entered: 06/15/2006) |
| 06/15/2006 | 53 | NOTICE OF SERVICE of Subpoena by MBNA Corp..(Cheek, Teresa) (Entered: 06/15/2006) |
| 07/27/2006 | 54 | SEALED MOTION for Summary Judgment *and Certificate of Service* - filed by MBNA Corp. (Cheek, Teresa) Modified on 7/28/2006 (mmm). Additional attachment(s) added on 7/28/2006 (mmm, ). (Entered: 07/27/2006) |
| 07/27/2006 | 55 | SEALED OPENING BRIEF in Support re 54 MOTION for Summary Judgment *and Certificate of Service* filed by MBNA Corp. Answering Brief/Response due date per Local Rules is 8/10/2006. (Cheek, Teresa) Modified on 7/28/2006 (mmm). Additional attachment(s) added on 7/28/2006 (mmm, ). (Entered: 07/27/2006) |
| 07/27/2006 | 56 | SEALED APPENDIX re 55 Opening Brief in Support *of Motion for Summary Judgment* by MBNA Corp. (Attachments: # Appendix Part I# Appendix Part II# Appendix Part III)(Cheek, Teresa) Modified on 7/28/2006 (mmm). Additional attachment(s) added on 7/28/2006 (mmm, ). (Entered: 07/27/2006) |
| 07/28/2006 | 57 | MOTION to Seal Document: 56 Appendix, 55 Opening Brief in Support, 54 MOTION for Summary Judgment *and Certificate of Service* - filed by MBNA Corp.. (DiBianca, Margaret) (Entered: 07/28/2006) |
| 07/28/2006 | 58 | ORDER granting 57 Motion to Seal Document. D.I. Nos. 54, 55, and 56 will be placed under seal. The defendant will file a redacted copy of these docket items within five (5) business days of the date of this Order. Signed by Judge Gregory M. Sleet on 7/28/06. (mmm) (Entered: 07/28/2006) |
| 08/02/2006 | 59 | REDACTED VERSION of 54 MOTION for Summary Judgment *and Certificate of Service* by MBNA Corp.. (Cheek, Teresa) (Entered: 08/02/2006) |
| 08/02/2006 | 60 | REDACTED VERSION of 55 Opening Brief in Support, *of Its Motion for Summary Judgment* by MBNA Corp.. (Cheek, Teresa) (Entered: 08/02/2006) |
| 08/02/2006 | 61 | REDACTED VERSION of 56 Appendix, *to Defendant MBNA's Opening Brief in Support of Its Motion for Summary Judgment* by MBNA Corp.. (Attachments: # 1 Appendix Part II# 2 Appendix Part III) (Cheek, Teresa) (Entered: 08/02/2006) |
| 08/09/2006 | 62 | MOTION for Extension of Time to file an answering brief to the defendant's motion for summary judgment - filed by Janet Leigh Franklin. (mmm) (Entered: 08/10/2006) |
| 08/10/2006 | 63 | DEFICIENCY NOTICE by the Court issued to Janet Leigh Franklin re 62 MOTION for Extension of Time. (mmm) (Entered: 08/10/2006) |
| 08/10/2006 | 64 | Letter to Honorable Gregory M. Sleet from Teresa A. Cheek regarding Plaintiff's request for an extension - re 62 MOTION for Extension of Time to. (Cheek, Teresa) (Entered: 08/10/2006) |
| 08/16/2006 | 65 | CERTIFICATE OF SERVICE of Motion for Extension of Time by Janet Leigh Franklin re 63 and Deficiency Notice 62 . (mmm) (Entered: 08/21/2006) |
| 08/25/2006 | 66 | ANSWERING BRIEF in Opposition re 54 MOTION for Summary Judgment *and Certificate of Service* filed by Janet Leigh Franklin.Reply Brief due date per the court's scheduling order is 9/11/2006. (Attachments: # 1 Brief in Support)(mmm) (Entered: 08/28/2006) |
| | | |

| | | |
|---|---|---|
| 08/28/2006 | 67 | ANSWERING BRIEF in Opposition re 38 MOTION for Summary Judgment *and Certificate of Service* filed by MBNA Corp..Reply Brief due date per Local Rules is 9/5/2006. (Cheek, Teresa) (Entered: 08/28/2006) |
| 08/30/2006 | 68 | Exhibit and Witness List by Janet Leigh Franklin. (mmm) (Entered: 08/30/2006) |
| 09/01/2006 | 70 | SEALED Exhibit and Witness List (Exhibit "C" - Psychological Evaluation) by Janet Leigh Franklin. (mmm) (Entered: 09/06/2006) |
| 09/05/2006 | 69 | REPLY BRIEF re 38 MOTION for Summary Judgment filed by Janet Leigh Franklin. (mmm) (Entered: 09/05/2006) |
| 09/11/2006 | 71 | REPLY BRIEF re 54 MOTION for Summary Judgment *and Certificate of Service* filed by MBNA Corp.. (Attachments: # 1 Certificate of Service)(Cheek, Teresa) (Entered: 09/11/2006) |
| 09/28/2006 | 72 | SUR-REPLY BRIEF re 54 MOTION for Summary Judgment *and Certificate of Service* filed by Janet Leigh Franklin. (mmm) (Entered: 10/02/2006) |
| 10/02/2006 | 73 | DEFICIENCY NOTICE by the Court issued to Janet Leigh Franklin re 72 Sur-Reply Brief. (mmm) (Entered: 10/02/2006) |
| 10/11/2006 | 74 | MOTION for Leave to File Surreply - filed by Janet Leigh Franklin. (mmm) (Entered: 10/12/2006) |
| 03/30/2007 | 75 | ORDER denying 38 Plaintiff's Motion for Summary Judgment; granting 54 Defendant's Motion for Summary Judgment (CASE CLOSED). Signed by Judge Gregory M. Sleet on 3/30/07. (mmm) (Entered: 03/30/2007) |
| 04/13/2007 | 76 | NOTICE OF APPEAL of 75 Order on Motion for Summary Judgment, no fee paid. Appeal filed by Janet Leigh Franklin. (mmm) (Entered: 04/16/2007) |
| 04/23/2007 | 77 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 76 Notice of Appeal filed by Janet Leigh Franklin. USCA Case Number 07-2147. USCA Case Manager: Phyllis Ruffin (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (pr, ) (Entered: 04/23/2007) |
| 05/03/2007 | 78 | Letter to Janet Franklin from Clerk of Court regarding Transcript Purchase Order. (mmm) (Entered: 05/03/2007) |
| 05/10/2007 | 79 | Letter to Clerk of Court from Janet L. Franklin regarding fees. (mmm) (Entered: 05/11/2007) |
| 05/10/2007 | 80 | TRANSCRIPT REQUEST by Janet Leigh Franklin. TRANSCRIPT NOT NEEDED re 76 Notice of Appeal. (mmm) (Entered: 05/11/2007) |
| 05/10/2007 | 81 | Letter to Janet Leigh Franklin from Clerk of Court regarding Transcript Purchase Order - re 80 Appeal Transcript Request. (mmm) (Entered: 05/11/2007) |
| 05/23/2007 | 82 | TRANSCRIPT of Scheduling Conference held on 2/27/2006 before Judge Sleet. Court Reporter: Kevin Maurer. (Transcript on file in Clerk's Office) (asw) (Entered: 05/23/2007) |
| 11/21/2007 | 83 | USCA Order Terminating Appeal as to 76 Notice of Appeal filed by Janet Leigh Franklin. USCA Decision: appeal dismissed. (pr, ) (Entered: 11/21/2007) |